Dean A. Ziehl (CA Bar No. 84529)
Alan J. Kornfeld (CA Bar No. 130063)
Gillian N. Brown (CA Bar No. 205132)
Elissa A. Wagner (CA Bar No. 213589)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: dziehl@pszjlaw.com
         gbrown@pszjlaw.com
         ewagner@pszjlaw.com

Special Counsel to Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:11-cv-05320-GAF (CWx) |
| NAMCO CAPITAL GROUP, INC., | Bankr. Case No. 2:08-bk-32333-BR |
| Debtor. | Bankr. Adv. Proc. No. 2:10-ap-02945-BR |
| | Chapter 11 |
| BRADLEY D. SHARP, solely in his capacity as Chapter 11 Trustee of NAMCO CAPITAL GROUP, INC., | **ORDER APPROVING STIPULATION FOR LIMITED MODIFICATION OF SCHEDULING AND CASE MANAGEMENT ORDER** |
| Plaintiff, | |
| vs. | |
| MOUSA NAMVAR, et al., | |
| Defendants. | |

Upon consideration of the *Stipulation for Limited Modification of Scheduling and Case Management Order* (the "Stipulation") and the Court having determined that just cause exists,

DOCS_LA:268968.2 59701/001

IT IS HEREBY ORDERED.

1. The Stipulation is approved.
2. The Court's *Scheduling and Case Management Order* [Doc. No. 81] (the "Order") is modified as follows:

    a. the July 26, 2013 discovery cutoff set forth in the Order will remain in place for all discovery **except** the parties' depositions of Hamid Tabatabai; and

    b. the discovery cutoff set forth in the Order will be extended to August 4, 2013 solely for the purpose of permitting the parties to depose Hamid Tabatabai.

Dated:  July 6, 2013

_____
The Hon. Gary A. Feess
United States District Judge

-2-

DOCS_LA:268968.2 59701/001