1  BRIAN L. DAVIDOFF (SBN 102654)
   bdavidoff@greenbergglusker.com
2  BERNARD M. RESSER (SBN 92873)
   bresser@greenbergglusker.com
3  LORI L. WERDERITCH (SBN 247345)
   lwerderitch@greenbergglusker.com
4  GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
6  Telephone:310.553.3610
   Fax:  310.553.0687
7
   Attorneys for Defendants Mousa Namvar,
8  Magdiel, LLC, DGADE of Delaware, LLC,
   Namco 8, LLC, Bunherst, LLC and Wishlab
9  90, LLC

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br><br>Debtor. | Case No.  2:11-cv-05320-GAF<br><br>Assigned to Hon. Gary A. Feess<br><br>**DECLARATION OF MOUSA NAMVAR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION** |
| --- | --- |
| BRADLEY D. SHARP, solely in his capacity as Chapter 11 Trustee of NAMCO CAPITAL GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOUSA NAMVAR, et al.<br>Defendants. | Date:   August 19, 2013<br>Time:   9:30 a.m.<br>Place:   Courtroom 740 |

I, Mousa Namvar, declare as follows:

   1.   I am a resident of the County of Los Angeles, State of California

and over eighteen years of age.  I make this declaration based on my personal

knowledge of the facts hereinafter set forth; and if called as a witness, I could

and would testify competently thereto under oath.

1.  I am a brother of Ezri Namvar ("Ezri").  I am also a brother of Tony Namvar ("Tony").

2.  Over 25 years ago Ezri formed Namco Capital Group, Inc.("NCG"). Ezri has always been the President and sole shareholder of NCG.  NCG has always been Ezri's business, and Ezri has always had total control of it.

3.  I have never been an officer, director, manager, employee or shareholder of NCG.  I have never been in control of any part of NCG or any of its decision making.  NCG has always been strictly Ezri's business.  I have had my own business ventures that have occupied my time.  Until March 2012, my main business was Namco Insurance Services, Inc.  Ezri has never been an officer, director or owner of that business.

4.  To the best of my recollection, I have never been a signatory on any bank account of NCG.  NCG always had its own bank accounts over which I had no control.  To the best of my knowledge and belief, NCG kept its own records, and kept separate records and bank accounts for entities with which it may have been associated.

5.  I have never been aware of fiduciary duties owed by Ezri or Tony to NCG's creditors.  Neither Tony nor Ezri has ever discussed with me any conduct that I thought would be improper, illegal or constitute a breach of fiduciary duty to NCG's creditors.

6.  Tony or Ezri made their decisions about NCG independently of me.

7.  I am associated with the following business entities in the following respects:

    a.  I am the manager and member of Magdiel, LLC

    b.  I am the manager of DGADE of Delaware, LLC

    c.  Wishlab 90, LLC is the sole member of Namco 8, LLC

    d.  DGADE of Delaware, LLC is a member of Bunhurst, LLC

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

e. . Magdiel, LLC is a member of Wishlab 90, LLC owning a 61% interest in Wishlab 90.

8.   I am knowledgeable regarding the financial affairs of the above named LLCs (the "Mousa Parties"), which are also defendants in the above captioned lawsuit. At no time did any of Mousa Parties directly or indirectly own, control, or hold any shares or interests in NCG. Each of the Mousa Parties kept their own books and records separate and apart from one another.

9.   There were transfers and loans by and between me and the Mousa Parties, on the one hand, and NCG and Ezri (and companies that he manage or had an interest in), on the other hand (collectively the "Loans"). However as to these Loans, to the best of my recollection, I have never personally, on behalf of the Mousa Parties entered into an specific agreement, whether written or verbal, with NCG or any of its employees or officers, as to how and when any Loans would be repaid.

11.   Further I have never received notice from NCG of any alleged breach of repayment terms for these Loans.

12.   Any Loans by NCG to me or any of the Mousa Parties were, to my knowledge, recorded in the books of NCG as a receivable, and recorded in my books, or the books of the Mousa Parties, as a payable. These book entries in NCG's books and in my books and the books of the Mousa Parties were the full extent of the payment terms of the transactions at the time they were made. There were however a limited number of transactions in which Ezri represented to Mousa and the Mousa Parties that "NCG would protect me from the downside."

13.   These book entries in NCG's books and in my books and those of the Mousa Parties, reflected that value was given to NCG for the Loans.

14. To the best of my knowledge and belief the value of NCG's assets at fair valuation exceeded the amount of its debt at the time that any transfers of cash or other property of NCG were made to me or the Mousa Parties. Although I did not know the details of the operations of NCG, until I saw the Trustee's First Report in the NCG bankruptcy case, I believed that NCG was solvent at all times leading up to the bankruptcy case of NCG.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at Los Angeles, California, on July 22, 2013.

_____
Mousa Namvar

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

NAMVAR
DECLARATION

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action; I am employed by GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP in the County of Los Angeles at 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067.

On July 22, 2013, I served the foregoing document(s) described as: **DECLARATION OF MOUSA NAMVAR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION**

☐ By placing the true copies thereof enclosed in sealed envelopes addressed as stated below.

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER, LLP, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the firm's practice for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY OVERNIGHT DELIVERY).** On July 22, 2013 I caused said document(s) to be placed in a Norco Overnite envelope and taken to the Norco Overnite Drop Box located at 1900 Avenue of the Stars, Los Angeles, California 90067 for delivery to the parties listed on the attached service list:

VIA NORCO OVERNITE
Honorable Gary A. Feess
United States District Court
255 East Temple Street, Courtroom 740
Los Angeles, California 90012

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

Alan J Kornfeld: akornfeld@pszyj.com
Elissa Wagner: ewagner@pszyj.com
Genise R. Reiter: grr@srblaw.com
Alan Frank Broidy: fbroidy@ix.netcom.com
Robert B Mobasseri: Robert@lawyer.com
Brian Leslie Davidoff: BDavidoff@GreenbergGlusker.com;
    jreinglass@greenbergglusker.com; kwoodson@greenbergglusker.
Lori L Werderitch    LWerderitch@GreenbergGlusker.com,
Office of the U.S. Trustee: ustpregion16.la.ecf@usdoj.gov

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

59776-00002/1957701.2

5

NAMVAR
DECLARATION

☒  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on July 22, 2013 at Los Angeles, California.

*JAN REINGLASS*                                              */s/ Jan Reinglass*

59776-00002/1957701.2

NAMVAR
DECLARATION