# EXHIBIT A

Transactions Extracted Directly from NCG QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Check | 08/16/06 | Wire Out | Marriott | 152.84 · LA Hotel Venture, LLC | $ 5,000,030 | $ - | $ 5,000,030 | | |
| Check | 09/08/06 | 49940 | Marriott | 152.84 · LA Hotel Venture, LLC | 140,700 | - | 5,140,730 | 23 | $ 25,556 |
| General Journal | 09/14/06 | | Olympic 20 Real Estate Development | 152.84 · LA Hotel Venture, LLC | 5,000,000 | - | 10,140,730 | 6 | 6,854 |
| Check | 09/18/06 | 49967 | Marriott | 152.84 · LA Hotel Venture, LLC | 5,000 | - | 10,145,730 | 4 | 9,014 |
| Check | 10/13/06 | Wire Out | Union S. Carolina | 152.84 · LA Hotel Venture, LLC | 5,000,030 | - | 15,145,760 | 25 | 56,365 |
| Check | 11/07/06 | Wire Out | Marriott | 152.84 · LA Hotel Venture, LLC | 75,030 | - | 15,220,790 | 25 | 84,143 |
| Check | 11/14/06 | 50336 | Warnick. | 152.84 · LA Hotel Venture, LLC | 15,000 | - | 15,235,790 | 7 | 23,677 |
| Check | 11/14/06 | 50340 | Gary Bedian | 152.84 · LA Hotel Venture, LLC | 1,700 | - | 15,237,490 | - | - |
| Check | 11/16/06 | 50355 | Harrisburg | 152.84 · LA Hotel Venture, LLC | 1,785 | - | 15,239,275 | 2 | 6,772 |
| Check | 11/29/06 | 50411 | Marriott | 152.84 · LA Hotel Venture, LLC | 611 | - | 15,239,886 | 13 | 44,025 |
| Deposit | 11/30/06 | Dep | trifish llc. | 152.84U · Trifish | - | 1,500,000 | 13,739,886 | 1 | 3,387 |
| Check | 12/12/06 | 50521 | Marriott | 152.84 · LA Hotel Venture, LLC | 1,270 | - | 13,741,156 | 12 | 36,640 |
| Check | 12/12/06 | 50522 | Marriott | 152.84 · LA Hotel Venture, LLC | 138 | - | 13,741,294 | - | - |
| General Journal | 12/28/06 | | LA Marriott | 152.84 · LA Hotel Venture, LLC | 6,410 | - | 13,747,704 | 16 | 48,858 |
| General Journal | 01/01/07 | | La Hotel Venture, LLC. | 152.84S · Namari-John Safi | - | 1,524,770 | 12,222,933 | 4 | 12,220 |
| Check | 01/10/07 | 50737 | Gary Bedian | 152.84 · LA Hotel Venture, LLC | 1,114 | - | 12,224,047 | 9 | 24,446 |
| Check | 01/16/07 | 50785 | Gary Bedian | 152.84 · LA Hotel Venture, LLC | 1,424 | - | 12,225,471 | 6 | 16,299 |
| Check | 02/28/07 | 51067 | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 500 | - | 12,225,971 | 43 | 116,821 |
| General Journal | 03/01/07 | | Marriott | 152.84 · LA Hotel Venture, LLC | 8,857,447 | - | 21,083,418 | 1 | 2,717 |
| Check | 03/02/07 | Wire Out | Chicago Title Co | 152.84 · LA Hotel Venture, LLC | 25,030 | - | 21,108,448 | 1 | 4,685 |
| Check | 03/02/07 | Wire Out | LA Marriott | 152.84 · LA Hotel Venture, LLC | 53,510 | - | 21,161,958 | - | - |
| Check | 03/07/07 | Wire Out | LA Marriott | 152.84 · LA Hotel Venture, LLC | 45,694 | - | 21,207,652 | 5 | 23,513 |
| Check | 03/12/07 | 51181 | Gary Bedian | 152.84 · LA Hotel Venture, LLC | 10,000 | - | 21,217,652 | 5 | 23,564 |
| Check | 03/13/07 | 51189 | LA Marriott | 152.84 · LA Hotel Venture, LLC | 50,000 | - | 21,267,652 | 1 | 4,715 |
| Check | 03/14/07 | 51193 | Gary Bedian | 152.84 · LA Hotel Venture, LLC | 26,000 | - | 21,293,652 | 1 | 4,726 |
| Check | 03/20/07 | 51230 | LA Marriott | 152.84 · LA Hotel Venture, LLC | 259 | - | 21,293,911 | 6 | 28,392 |
| Check | 03/20/07 | 51231 | Marriott | 152.84 · LA Hotel Venture, LLC | 656 | - | 21,294,566 | - | - |
| Check | 03/20/07 | 51232 | Marriott | 152.84 · LA Hotel Venture, LLC | 72 | - | 21,294,638 | - | - |
| Check | 03/20/07 | 51233 | Marriott | 152.84 · LA Hotel Venture, LLC | 547 | - | 21,295,185 | - | - |
| Check | 03/20/07 | 51239 | Marriott | 152.84 · LA Hotel Venture, LLC | 14,699 | - | 21,309,884 | - | - |
| Check | 03/20/07 | 51240 | Marriott | 152.84 · LA Hotel Venture, LLC | 82,442 | - | 21,392,326 | - | - |
| Deposit | 03/23/07 | Dep | trifish llc. | 152.84U · Trifish | - | 969,644 | 20,422,682 | 3 | 14,262 |
| Check | 03/30/07 | S1293 | Namari LLC | 152.84R · Marriott-Renovation Account | 375,000 | - | 20,797,682 | 7 | 31,769 |
| Check | 04/24/07 | 51562 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 65 | - | 20,797,747 | 25 | 115,543 |
| Check | 04/24/07 | 51563 | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 65 | - | 20,797,813 | - | - |
| Check | 05/04/07 | 51669 | LA Marriott | 152.84 · LA Hotel Venture, LLC | 65 | - | 20,797,878 | 10 | 46,217 |
| Check | 05/04/07 | 51670 | LA Marriott | 152.84 · LA Hotel Venture, LLC | 1,750 | - | 20,799,628 | - | - |
| Check | 05/09/07 | 51702 | LA Marriott | 152.84T · Toyram | 92 | - | 20,799,720 | 5 | 23,111 |
| Check | 05/15/07 | 51730 | LA Marriott | 152.84 · LA Hotel Venture, LLC | 800 | - | 20,800,520 | 6 | 27,733 |
| Check | 05/15/07 | 51732 | Namari LLC | 152.84N · Namari | 800 | - | 20,801,320 | - | - |
| Check | 05/15/07 | 51733 | LA Marriott | 152.84T · Toyram | 800 | - | 20,802,120 | - | - |
| Check | 05/21/07 | 51759 | LA Marriott | 152.84 · LA Hotel Venture, LLC | 3,500 | - | 20,805,620 | 6 | 27,736 |
| Check | 05/21/07 | 51769 | LA Marriott | 152.84 · LA Hotel Venture, LLC | 34 | - | 20,805,654 | - | - |
| General Journal | 09/30/07 | | Namari LLC | 152.84S · Namari-John Safi | - | 998,680 | 19,806,975 | 132 | 610,299 |
| General Journal | 10/01/07 | | La Hotel Venture, LLC. | 152.84S · Namari-John Safi | 30,950 | - | 19,837,925 | 1 | 4,402 |
| Check | 10/12/07 | 52659 | La Hotel Venture, LLC. | 152.84T · Toyram | 899 | - | 19,838,824 | - | - |
| Check | 10/15/07 | 52670 | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 899 | - | 19,839,723 | 3 | 13,226 |

EXHIBIT A 022

Transactions Extracted Directly from NCG QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Check | 10/15/07 | 52671 | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 800 | - | 19,840,523 | - | - |
| Check | 11/29/07 | 52919 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 1,365 | - | 19,841,888 | 45 | 198,405 |
| Check | 11/29/07 | 52922 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 4,165 | - | 19,846,053 | - | - |
| Check | 12/11/07 | 53016 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 17 | - | 19,846,069 | 12 | 52,923 |
| Check | 12/21/07 | 53076 | Namari LLC | 152.84T · Toyram | 17 | - | 19,846,086 | 10 | 44,102 |
| Check | 12/28/07 | 53141 | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 1,461 | - | 19,847,546 | 7 | 30,872 |
| Check | 12/28/07 | 53142 | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 963 | - | 19,848,509 | - | - |
| Check | 01/15/08 | 53239 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 500,000 | - | 20,348,509 | 14 | 61,751 |
| Deposit | 01/16/08 | Dep | Trisister, LLC | 152.84V · Trisisters | - | 15,000 | 20,333,509 | 1 | 4,522 |
| Check | 01/18/08 | 53263 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 2,503 | - | 20,336,012 | 2 | 9,037 |
| Check | 01/18/08 | 53270 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 910 | - | 20,336,922 | - | - |
| Deposit | 01/18/08 | R. Dep | Safi | 152.84S · Namari-John Safi | - | 51,058 | 20,285,864 | - | - |
| Check | 02/25/08 | 53447 | Namari LLC | 152.84R · Marriott-Renovation Account | 140,000 | - | 20,425,864 | 38 | 171,303 |
| Deposit | 03/05/08 | Dep | Trisister, LLC | 152.84V · Trisisters | - | 66,829 | 20,359,035 | 9 | 40,852 |
| Check | 03/12/08 | 53609 | Namari LLC | 152.84R · Marriott-Renovation Account | 20,000 | - | 20,379,035 | 7 | 31,670 |
| Check | 03/24/08 | 53670 | Namari LLC | 152.84R · Marriott-Renovation Account | 20,000 | - | 20,399,035 | 12 | 54,344 |
| Check | 04/08/08 | 53795 | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 800 | - | 20,399,835 | 15 | 67,997 |
| Check | 04/08/08 | 53797 | Namari LLC | 152.84N · Namari | 800 | - | 20,400,635 | - | - |
| Check | 04/08/08 | 53796 | La Hotel Venture, LLC. | 152.84T · Toyram | 800 | - | 20,401,435 | - | - |
| Check | 04/23/08 | 53901 | Namari LLC | 152.84R · Marriott-Renovation Account | 85,000 | - | 20,486,435 | 15 | 68,005 |
| Check | 04/24/08 | 53906 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 200,000 | - | 20,686,435 | 1 | 4,553 |
| Check | 04/25/08 | 53908 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 300,000 | - | 20,986,435 | 1 | 4,597 |
| Check | 04/29/08 | 53914 | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 95 | - | 20,986,530 | 4 | 18,655 |
| Check | 04/29/08 | 53915 | La Hotel Venture, LLC. | 152.84N · Namari | 95 | - | 20,986,625 | - | - |
| Check | 04/29/08 | 53913 | La Hotel Venture, LLC. | 152.84T · Toyram | 95 | - | 20,986,720 | - | - |
| Deposit | 05/01/08 | Dep | The Safi Trust. | 152.84S · Namari-John Safi | - | 77,117 | 20,909,603 | 2 | 9,327 |
| Check | 05/13/08 | 54019 | Namari LLC | 152.84R · Marriott-Renovation Account | 6,000 | - | 20,915,603 | 12 | 55,759 |
| Check | 05/14/08 | Wire Out | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 1,000,030 | - | 21,915,633 | 1 | 4,648 |
| Deposit | 05/14/08 | Dep | La Hotel Venture, LLC. | 152.84R · Marriott-Renovation Account | - | 100,000 | 21,815,633 | - | - |
| Check | 05/15/08 | 54044 | Namari LLC | 152.84N · Namari | 1,795 | - | 21,817,428 | 1 | 4,848 |
| Check | 05/15/08 | 54045 | Namari LLC | 152.84N · Namari | 2,923 | - | 21,820,351 | - | - |
| Check | 05/15/08 | 54046 | Namari LLC | 152.84N · Namari | 1,776 | - | 21,822,127 | - | - |
| Check | 05/15/08 | 54047 | Namari LLC | 152.84N · Namari | 3,108 | - | 21,825,235 | - | - |
| Check | 05/23/08 | 54085 | Namari LLC | 152.84R · Marriott-Renovation Account | 12,500 | - | 21,837,735 | 8 | 38,800 |
| Check | 06/03/08 | 54138 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 300,000 | - | 22,137,735 | 11 | 53,381 |
| Check | 06/06/08 | 54164 | Namari LLC | 152.84 · LA Hotel Venture, LLC | 400,000 | - | 22,537,735 | 3 | 14,758 |
| Check | 06/11/08 | 54190 | Namari LLC | 152.84R · Marriott-Renovation Account | 10,000 | - | 22,547,735 | 5 | 25,042 |
| General Journal | 06/23/08 | | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 2,331 | - | 22,550,066 | 12 | 60,127 |
| Check | 07/02/08 | 54329 | Namari LLC | 152.84R · Marriott-Renovation Account | 2,000 | - | 22,552,066 | 9 | 45,100 |
| Check | 07/07/08 | 54366 | Namari LLC | 152.84R · Marriott-Renovation Account | 12,000 | - | 22,564,066 | 5 | 25,058 |
| Check | 07/24/08 | 54494 | Namari LLC | 152.84R · Marriott-Renovation Account | 18,000 | - | 22,582,066 | 17 | 85,242 |
| Check | 08/20/08 | 54667 | Namari LLC | 152.84R · Marriott-Renovation Account | 7,000 | - | 22,589,066 | 27 | 135,492 |

EXHIBIT A 023

## Transactions Extracted Directly from NCG QuickBooks

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance |
|---|---|---|---|---|---|---|---|
| Check | 09/16/08 | 54873 | La Hotel Venture, LLC. | 152.84 · LA Hotel Venture, LLC | 1,400 | - | 22,590,466 |
| Check | 09/16/08 | 54883 | Namari LLC | 152.84R · Marriott-Renovation Account | 15,000 | - | 22,605,466 |
| Check | 09/16/08 | 54872 | Namari LLC | 152.84T · Toyram | 750 | - | 22,606,216 |
| Check | 12/30/08 | 55413 | Namari LLC | 152.84N · Namari | 20 | - | 22,606,236 |
| | 10/29/13 | | | | | | |
| | | | | Totals | $ 27,909,333 | $ 5,303,098 | |

Total Unpaid Principal and Accrued Interest    $ 35,139,883

## Interest Calculation

| Days | Accrued/Unpaid Interest @ 8% |
|---|---|
| 27 | 135,534 |
| - | - |
| - | - |
| 91 | 457,148 |
| 1,764 | 8,861,644 |
| | $ 12,533,648 |

EXHIBIT A
024