# EXHIBIT B

Transactions Extracted Directly from NCG QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Check | 06/16/05 | | Dynasty Tower-Pinkie's | 121.88A · Simon Shakib - Dynasty 1 Tower | $ 500,000 | $ - | $ 500,000 | | |
| Check | 07/06/05 | | Dynasty Tower-Pinkie's | 121.88A · Simon Shakib - Dynasty 1 Tower | 1,500,000 | - | 2,000,000 | 20 | $ 2,222 |
| Check | 02/23/06 | | Dynasty Tower-Pinkie's | 121.88A · Simon Shakib - Dynasty 1 Tower | 1,670,500 | - | 3,670,500 | 232 | 103,111 |
| Check | 02/24/06 | | Dynasty Tower-Pinkie's | 121.88A · Simon Shakib - Dynasty 1 Tower | 3,300 | - | 3,673,800 | 1 | 816 |
| Deposit | 03/15/06 | Wire In | simon shakib. | 121.88A · Simon Shakib - Dynasty 1 Tower | - | 3,000,000 | 673,800 | 19 | 15,512 |
| General Journal | 03/16/06 | | simon shakib. | 121.88A · Simon Shakib - Dynasty 1 Tower | - | 200,000 | 473,800 | 1 | 150 |
| Check | 03/20/06 | 48793 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 64,815 | - | 538,615 | 4 | 421 |
| General Journal | 04/12/06 | | simon shakib. | 121.88A · Simon Shakib - Dynasty 1 Tower | - | 100,000 | 438,615 | 23 | 2,753 |
| Check | 04/19/06 | 49064 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 66,445 | - | 505,060 | 7 | 682 |
| General Journal | 05/02/06 | | Dynasty Tower-Pinkie's | 121.88A · Simon Shakib - Dynasty 1 Tower | - | 200,000 | 305,060 | 13 | 1,459 |
| Check | 05/17/06 | 49251 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 66,445 | - | 371,505 | 15 | 1,017 |
| Check | 06/14/06 | 49427 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 68,284 | - | 439,790 | 28 | 2,312 |
| General Journal | 06/14/06 | | simon shakib. | 121.88A · Simon Shakib - Dynasty 1 Tower | - | 200,000 | 239,790 | - | - |
| Check | 07/12/06 | 49569 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 309,920 | 28 | 1,492 |
| General Journal | 08/21/06 | | Dynasty 1 Tower LLC | 152.68 · Dynasty 1 Tower | 3,736 | - | 313,656 | 40 | 2,755 |
| Check | 08/23/06 | 49827 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 383,786 | 2 | 139 |
| Check | 09/22/06 | 50009 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 453,916 | 30 | 2,559 |
| General Journal | 09/29/06 | | Dynasty 1 Tower LLC | 152.68 · Dynasty 1 Tower | 3,736 | - | 457,651 | 7 | 706 |
| Check | 10/16/06 | 50147 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 527,781 | 17 | 1,729 |
| Check | 11/16/06 | 50349 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 597,911 | 31 | 3,636 |
| Check | 12/19/06 | 50597 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 668,041 | 33 | 4,385 |
| General Journal | 12/31/06 | | simon shakib. | 121.88A · Simon Shakib - Dynasty 1 Tower | 26,200 | - | 694,241 | 12 | 1,781 |
| General Journal | 01/04/07 | | westland group | 152.68 · Dynasty 1 Tower | 3,736 | - | 697,977 | 4 | 617 |
| Check | 01/12/07 | 50758 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 768,107 | 8 | 1,241 |
| Check | 02/20/07 | 51014 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 838,237 | 39 | 6,657 |
| General Journal | 03/09/07 | | Dynasty Tower-Pinkie's | 152.68 · Dynasty 1 Tower | 3,736 | - | 841,973 | 17 | 3,167 |
| Check | 03/19/07 | 51219 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 912,103 | 10 | 1,871 |
| Check | 04/24/07 | 51549 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 982,233 | 36 | 7,297 |
| Check | 05/23/07 | 51781 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 1,052,363 | 29 | 6,330 |
| Check | 06/19/07 | 51927 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 1,122,493 | 27 | 6,314 |
| Check | 07/23/07 | 52111 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 1,192,623 | 34 | 8,481 |
| Check | 08/20/07 | 52322 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 1,262,753 | 28 | 7,421 |
| Check | 09/19/07 | 52489 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 70,130 | - | 1,332,883 | 30 | 8,418 |
| Check | 10/23/07 | 52700 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 66,523 | - | 1,399,406 | 34 | 10,071 |
| Check | 11/26/07 | 52896 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 64,785 | - | 1,464,191 | 34 | 10,573 |
| Check | 12/17/07 | 53036 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 64,785 | - | 1,528,976 | 21 | 6,833 |
| Check | 01/08/08 | Wire Out | Dynasty 1 Tower LLC | 152.68 · Dynasty 1 Tower | 4,035 | - | 1,533,011 | 22 | 7,475 |
| Check | 01/22/08 | 53275 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 63,443 | - | 1,596,454 | 14 | 4,769 |
| Check | 02/25/08 | 53444 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 56,913 | - | 1,653,367 | 34 | 12,062 |
| Check | 03/12/08 | Wire Out | Dynasty 1 Tower LLC | 152.68 · Dynasty 1 Tower | 3,987 | - | 1,657,354 | 16 | 5,879 |
| Check | 03/24/08 | 53664 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 56,913 | - | 1,714,267 | 12 | 4,420 |
| Check | 04/22/08 | 53895 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 53,171 | - | 1,767,438 | 29 | 11,047 |
| Check | 05/22/08 | 54077 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 51,955 | - | 1,819,393 | 30 | 11,783 |
| Check | 06/18/08 | 54231 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 51,955 | - | 1,871,348 | 27 | 10,916 |
| Check | 08/01/08 | 54555 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 51,955 | - | 1,923,303 | 44 | 18,298 |
| Check | 08/25/08 | 54685 | Mirae Bank c. | 152.68 · Dynasty 1 Tower | 51,955 | - | 1,975,258 | 24 | 10,258 |

## Transactions Extracted Directly from NCG QuickBooks

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance |
|---|---|---|---|---|---|---|---|
| Check | 08/27/08 | 54713 | Dynasty 1 Tower LLC | 152.68 · Dynasty 1 Tower | 14,387 | - | 1,989,645 |
| | 10/29/13 | | | Totals | $ 5,689,645 | $ 3,700,000 | |

Total Unpaid Principal and Accrued Interest     $ 3,157,565

## Interest Calculation

| Days | Accrued/Unpaid Interest @ 8% |
|---|---|
| 2 | 878 |
| 1,889 | 835,209 |
| | $ 1,167,920 |