# EXHIBIT C

EXHIBIT C

028

Transactions Extracted Directly from NCG QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Check | 08/04/04 | 45454 | LACY 20 L.L.C. | 152.14 · Lancam Properties, LLC | $ 11,798,611 | $ - | $ 11,798,611 | | |
| Deposit | 08/05/04 | | LACY 20 L.L.C. | 152.14 · Lancam Properties, LLC | - | 11,798,611 | - | 1 | $ 2,622 |
| Check | 08/05/04 | | LACY 20 L.L.C. | 152.14 · Lancam Properties, LLC | 5,089,740 | - | 5,089,740 | - | - |
| General Jo | 12/31/04 | | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | - | 54,511 | 5,035,229 | 148 | 167,396 |
| General Jo | 01/01/05 | | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 54,511 | - | 5,089,740 | 1 | 1,119 |
| General Jo | 10/01/05 | | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 205,594 | - | 5,295,334 | 273 | 308,778 |
| Check | 03/31/06 | 48875 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 650,000 | - | 5,945,334 | 181 | 212,990 |
| Deposit | 04/03/06 | Dep | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | - | 650,000 | 5,295,334 | 3 | 3,964 |
| Deposit | 08/10/06 | Dep | Maram Holdings LLC (Lan | 152.14 · Lancam Properties, LLC | - | 4,005 | 5,291,329 | 129 | 151,800 |
| Deposit | 09/15/06 | Dep | sunset Springs llc | 152.14 · Lancam Properties, LLC | - | 200,000 | 5,091,329 | 36 | 42,331 |
| Deposit | 12/21/06 | Dep | sunset Springs llc | 152.14 · Lancam Properties, LLC | - | 8,100,000 | (3,008,671) | 97 | 109,746 |
| General Jo | 12/22/06 | | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | - | 25,824 | (3,034,495) | 1 | (669) |
| General Jo | 12/22/06 | | Lancam Properties, LLC | 805.00 · Interest Expense | 22,380 | - | (3,012,115) | - | - |
| General Jo | 12/22/06 | | 10705 Rose Avenue, LLC | 805.00 · Interest Expense | - | - | (3,012,115) | - | - |
| Check | 01/12/07 | Wire Out | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 7,000,000 | - | 3,987,885 | 21 | (14,057) |
| Check | 01/19/07 | Wire Out | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 1,120,000 | - | 5,107,885 | 7 | 6,203 |
| Check | 01/19/07 | Wire Out | Beverly Hills Bancorp. | 805.00 · Interest Expense | 29,486 | - | 5,137,371 | - | - |
| General Jo | 02/08/07 | | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 389 | - | 5,137,760 | 20 | 22,833 |
| General Jo | 02/12/07 | | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | - | 36,645 | 5,101,115 | 4 | 4,567 |
| General Jo | 02/12/07 | | PAYEE NOT RECORDED | 805.00 · Interest Expense | 31,794 | - | 5,132,910 | - | - |
| General Jo | 02/12/07 | | PAYEE NOT RECORDED | 805.00 · Interest Expense | - | - | 5,132,910 | - | - |
| Deposit | 02/13/07 | Dep | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | - | 8,080,000 | (2,947,090) | 1 | 1,141 |
| Check | 03/20/07 | 51234 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 87 | - | (2,947,003) | 35 | (22,922) |
| Check | 04/02/07 | 51300 | sunset Springs llc | 805.00 · Interest Expense | 63,722 | - | (2,883,282) | 13 | (8,514) |
| Check | 05/01/07 | 51620 | sunset Springs llc | 805.00 · Interest Expense | 60,968 | - | (2,822,314) | 29 | (18,581) |
| Check | 06/01/07 | 51805 | sunset Springs llc | 805.00 · Interest Expense | 63,000 | - | (2,759,314) | 31 | (19,443) |
| Check | 07/02/07 | 51984 | sunset Springs llc | 805.00 · Interest Expense | 60,968 | - | (2,698,346) | 31 | (19,009) |
| Check | 08/01/07 | 52168 | sunset Springs llc | 805.00 · Interest Expense | 63,000 | - | (2,635,346) | 30 | (17,989) |
| General Jo | 09/04/07 | | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 1,160,000 | - | (1,475,346) | 34 | (19,912) |
| General Jo | 09/04/07 | | Beverly Hills Bancorp. | 908.00 · Bank Charges | 11,617 | - | (1,463,729) | - | - |
| Check | 10/01/07 | 52532 | Lancam Properties, LLC | 805.00 · Interest Expense | 114,387 | - | (1,349,342) | 27 | (8,782) |
| Check | 10/05/07 | 52591 | Lancam Properties, LLC | 805.00 · Interest Expense | 1,742 | - | (1,347,600) | 4 | (1,199) |
| Check | 11/07/07 | 52815 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 700 | - | (1,346,900) | 33 | (9,882) |
| Check | 11/14/07 | Wire Out | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 1,160,000 | - | (186,900) | 7 | (2,095) |
| Check | 11/14/07 | Wire Out | Beverly Hills Bancorp. | 908.00 · Bank Charges | 17,417 | - | (169,483) | - | - |
| Wire Out | 11/14/07 | Wire Out | Wellls Fargo - Real Estate | 530.00 · Interest Expense-Investment | 54,000 | - | (115,483) | - | - |
| Check | 12/03/07 | 52957 | Lancam Properties, LLC | 805.00 · Interest Expense | 47,323 | - | (68,160) | 19 | (488) |
| General Jo | 12/11/07 | | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 95 | - | (68,065) | 8 | (121) |
| Check | 01/02/08 | 53084 | Lancam Properties, LLC | 805.00 · Interest Expense | 45,000 | - | (23,065) | 22 | (333) |
| Check | 03/05/08 | Wire Out | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 435,000 | - | 411,935 | 63 | (323) |
| Check | 03/05/08 | Wire Out | Beverly Hills Bancorp. | 805.00 · Interest Expense | 87,097 | - | 499,031 | - | - |
| Check | 03/10/08 | Wire Out | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 644,031 | 5 | 554 |
| Check | 03/18/08 | 53563 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 789,031 | 8 | 1,145 |
| Check | 03/25/08 | 53564 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 934,031 | 7 | 1,227 |
| Check | 04/01/08 | 53565 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 1,079,031 | 7 | 1,453 |
| Check | 04/01/08 | 53715 | Lancam Properties, LLC | 805.00 · Interest Expense | 40,754 | - | 1,119,785 | - | - |

EXHIBIT C

029

Page 1 of 2

Transactions Extracted Directly from NCG QuickBooks                    Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Check | 04/08/08 | 53566 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 1,264,785 | 7 | 1,742 |
| Check | 04/15/08 | 53567 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 1,409,785 | 7 | 1,967 |
| Check | 04/22/08 | 53568 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 1,554,785 | 7 | 2,193 |
| Check | 04/29/08 | 53569 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 1,699,785 | 7 | 2,419 |
| Check | 05/01/08 | 53936 | Lancam Properties, LLC | 805.00 · Interest Expense | 34,258 | - | 1,734,043 | 2 | 755 |
| Check | 05/06/08 | 53570 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 1,879,043 | 5 | 1,927 |
| Check | 05/13/08 | 53571 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 2,024,043 | 7 | 2,923 |
| Check | 05/20/08 | 53572 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 2,169,043 | 7 | 3,149 |
| Check | 05/27/08 | 53573 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 2,314,043 | 7 | 3,374 |
| Check | 06/02/08 | 54119 | Lancam Properties, LLC | 805.00 · Interest Expense | 30,593 | - | 2,344,636 | 6 | 3,085 |
| Check | 06/03/08 | 53574 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 2,489,636 | 1 | 521 |
| Check | 06/10/08 | 53575 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 2,634,636 | 7 | 3,873 |
| Check | 06/17/08 | 53576 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 2,779,636 | 7 | 4,098 |
| Check | 06/24/08 | 53577 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 2,924,636 | 7 | 4,324 |
| Check | 07/01/08 | 53578 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 3,069,636 | 7 | 4,549 |
| Check | 07/01/08 | 54319 | Lancam Properties, LLC | 805.00 · Interest Expense | 24,823 | - | 3,094,459 | - | - |
| Check | 07/08/08 | 53579 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 3,239,459 | 7 | 4,814 |
| Check | 07/15/08 | 53580 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 3,384,459 | 7 | 5,039 |
| Check | 07/22/08 | 53581 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 3,529,459 | 7 | 5,265 |
| Check | 07/29/08 | 53582 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 3,674,459 | 7 | 5,490 |
| Check | 08/01/08 | 54551 | Lancam Properties, LLC | 805.00 · Interest Expense | 20,250 | - | 3,694,709 | 3 | 2,450 |
| Check | 08/05/08 | 53583 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 3,839,709 | 4 | 3,284 |
| Check | 08/12/08 | 53584 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 3,984,709 | 7 | 5,973 |
| Check | 08/19/08 | 53585 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 4,129,709 | 7 | 6,198 |
| Check | 08/26/08 | 53586 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 4,274,709 | 7 | 6,424 |
| General Jo | 09/01/08 | | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 2,059,003 | - | 6,333,711 | 6 | 5,700 |
| Check | 09/02/08 | 53587 | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 145,000 | - | 6,478,711 | 1 | 1,407 |
| General Jo | 12/16/08 | | Lancam Properties, LLC | 152.14 · Lancam Properties, LLC | 169,650 | - | 6,648,361 | 105 | 151,170 |
| | 10/29/13 | | | | | | | 1,778 | 2,626,841 |
| | | | | Totals | $ 35,597,957 | $ 28,949,596 | | | $ 3,746,506 |

Total Unpaid Principal and Accrued Interest          $ 10,394,867

EXHIBIT C

030