# EXHIBIT D

## Transactions Extracted Directly from NCG QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 08/25/04 | Wire Out | Dream Team Partners LLC | 152.N5 · Namco 5 Ltd | $ 5,000,030 | $ - | $ 5,000,030 | | |
| Check | 11/09/05 | Wire Out | Dream Team Partners LLC | 152.N5 · Namco 5 Ltd | 500,040 | - | 5,500,070 | 441 | $ 490,003 |
| Check | 11/10/05 | Wire Out | Dream Team Partners LLC | 152.N5 · Namco 5 Ltd | 500,040 | - | 6,000,110 | 1 | 1,222 |
| Check | 06/07/06 | 49381 | Dream Team Partners LLC | 152.N5 · Namco 5 Ltd | 1,000,000 | - | 7,000,110 | 209 | 278,672 |
| Check | 07/14/06 | Wire Out | nam 5 ltd | 152.N5 · Namco 5 Ltd | 1,000,040 | - | 8,000,150 | 37 | 57,556 |
| Check | 07/14/06 | Wire Out | nam 5 ltd | 152.N5 · Namco 5 Ltd | 1,000,040 | - | 9,000,190 | - | - |
| Check | 07/27/06 | Wire Out | Dream Team Partners LLC | 152.N5 · Namco 5 Ltd | 15,728 | - | 9,015,918 | 13 | 26,001 |
| Check | 02/27/07 | Wire Out | nam 5 ltd | 152.N5 · Namco 5 Ltd | 2,000,040 | - | 11,015,958 | 215 | 430,761 |
| Check | 05/09/07 | Wire Out | nam 5 ltd | 152.N5 · Namco 5 Ltd | 1,500,000 | - | 12,515,958 | 71 | 173,807 |
| Check | 05/10/07 | Wire out | nam 5 ltd | 152.N5 · Namco 5 Ltd | 1,500,030 | - | 14,015,988 | 1 | 2,781 |
| General Journal | 06/01/07 | Dep | Dream Team Partners LLC | 152.N5 · Namco 5 Ltd | - | 192,854 | 13,823,133 | 22 | 68,523 |
| Check | 06/05/07 | Wire Out | nam 5 ltd | 152.N5 · Namco 5 Ltd | 1,000,000 | - | 14,823,133 | 4 | 12,287 |
| Deposit | 06/25/07 | Dep | Dream Team Partners LLC | 152.N5 · Namco 5 Ltd | - | 500,000 | 14,323,133 | 20 | 65,881 |
| Deposit | 11/20/07 | Dep | Dream Team Partners LLC | 152.N5 · Namco 5 Ltd | - | 3,600,000 | 10,723,133 | 148 | 471,072 |
| Deposit | 12/19/07 | Wire In | nam 5 ltd | 152.N5 · Namco 5 Ltd | - | 999,975 | 9,723,158 | 29 | 69,105 |
| Deposit | 01/04/08 | Dep | Num 5 Ltd.(C) | 152.N5 · Namco 5 Ltd | - | 999,970 | 8,723,188 | 16 | 34,571 |
| Deposit | 03/11/08 | Wire In | Num 5 Ltd.(C) | 152.N5 · Namco 5 Ltd | - | 999,970 | 7,723,218 | 67 | 129,879 |
| Deposit | 07/09/08 | Wire In | Num 5 Ltd.(C) | 152.N5 · Namco 5 Ltd | - | 1,999,970 | 5,723,248 | 120 | 205,952 |
| | 10/29/13 | | | | | | | 1,938 | 2,464,812 |
| | | | | Totals | 15,015,988 | 9,292,739 | | | |
| Deposit | 06/01/07 | | Woodman Partners LLC | 605.00 · Interest Income | - | (1,529,326) | | | (1,529,326) |
| | | | | | | | | | $ 3,453,559 |

Total Unpaid Principal and Accrued Interest $ 9,176,807