# EXHIBIT O

Transactions Extracted Directly from QuickBooks    Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Amount to Mousa Namvar | Amount to DGADE Debit | Amount to DGADE Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 11/03/05 | | DGADE LLC | 152.47 · DGADE of DelawareLLC | | $ 484,030 | $ - | $ 484,030 | | |
| Check | 12/28/06 | 50643 | DGADE LLC | 152.47 · DGADE of DelawareLLC | | 1,957,500 | - | 2,441,530 | 420 | $ 45,176 |
| Check | 07/31/07 | 52161 | DGADE LLC | 152.47 · DGADE of DelawareLLC | | 2,203,500 | - | 4,645,030 | 215 | 116,651 |
| | 10/29/13 | | | | | | | 4,645,030 | 2,282 | 2,355,546 |
| | | | | Sub-Total | | 4,645,030 | - | | | 2,517,373 |

Additional Advances to Mousa Namvar for Interest in Older & Wiser, LLC

| Transaction Type | Date | Check # | Name | Account | Amount to Mousa Namvar | Amount to DGADE Debit | Amount to DGADE Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 11/15/05 | 47907 | Mousa Namvar | 101.00 · Security Pacific Bank-1028928 | $ 1,100,000 | 1,100,000 | - | 1,100,000 | | |
| Check | 04/04/06 | 48897 | Mousa Namvar | 101.00 · Security Pacific Bank-1028928 | 800,000 | 652,500 | - | 1,752,500 | 140 | 34,222 |
| Check | 10/24/06 | 50207 | Mousa Namvar | 101.00 · Security Pacific Bank-1028928 | 1,100,000 | 35,000 | - | 1,787,500 | 203 | 79,057 |
| Check | 06/27/07 | 51965 | Mousa Namvar | 101.00 · Security Pacific Bank-1028928 | 650,000 | 464,000 | - | 2,251,500 | 246 | 97,717 |
| | 10/29/13 | | | | | | | | 2,316 | 1,158,772 |
| | | | | Sub-Total | | 2,251,500 | - | | | 1,369,768 |
| | | | | Totals | $ 6,896,530 | $ - | $ 6,896,530 | | | $ 3,887,141 |

Total Unpaid Principal and Accrued Interest    $ 10,783,671

EXHIBIT O
054

# EXHIBIT P

# HAS BEEN OMITTED