# EXHIBIT Q

**Transactions Extracted Directly from QuickBooks**  **Interest Calculation**

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 11/21/02 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | $ 180,000 | $ - | $ 180,000 | | |
| General Journal | 12/18/02 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 18,000 | - | 198,000 | 27 | $ 1,080 |
| General Journal | 12/24/02 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 21,727 | - | 219,727 | 6 | 264 |
| General Journal | 12/26/02 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 54,000 | - | 273,727 | 2 | 98 |
| General Journal | 12/27/02 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 168,088 | - | 441,814 | 1 | 61 |
| General Journal | 03/27/03 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 463,636 | - | 905,450 | 90 | 8,836 |
| General Journal | 05/05/03 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 920,082 | - | 1,825,532 | 39 | 7,847 |
| General Journal | 05/19/03 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 203,400 | - | 2,028,932 | 14 | 5,679 |
| General Journal | 09/30/03 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 540,000 | - | 2,568,932 | 134 | 60,417 |
| General Journal | 03/03/04 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 360,000 | - | 2,928,932 | 155 | 88,485 |
| General Journal | 06/30/04 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 180,000 | - | 3,108,932 | 119 | 77,454 |
| Check | 09/29/04 | 45643 | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 360,000 | - | 3,468,932 | 91 | 62,870 |
| Check | 12/30/05 | 48262 | Mousa, Namvar | 130.29 · Namvar, Mousa | 460,000 | - | 3,928,932 | 457 | 352,289 |
| Check | 06/30/06 | 49506 | Mousa, Namvar | 130.29 · Namvar, Mousa | 396,000 | - | 4,324,932 | 182 | 158,903 |
| General Journal | 12/29/06 | | Mousa, Namvar | 130.29S · Mousa Namvar-SPB | 526,020 | - | 4,850,952 | 182 | 174,919 |
| | 10/29/13 | | | | | | | 2496 | 2,690,662 |
| | | | | Totals | $ 4,850,952 | $ - | | | $ 3,689,865 |

Total Unpaid Principal and Accrued Interest     $ 8,540,817

EXHIBIT Q

057

Page 1 of 1