# EXHIBIT R

## Transactions Extracted Directly from QuickBooks

## Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 03/27/03 | | Trifish LLC. | 151.87B · Trifish_SPB | $          - | $  343,962 | $  (343,962) | | $ |
| General Journal | 05/19/03 | | Trifish LLC. | 151.87B · Trifish_SPB | 169,500 | - | (174,462) | 53 | (4,051) |
| General Journal | 09/30/03 | | Mousa, Namvar | 151.87B · Trifish_SPB | 450,000 | - | 275,538 | 134 | (5,195) |
| General Journal | 03/03/04 | | Trifish LLC. | 151.87B · Trifish_SPB | 300,000 | - | 575,538 | 155 | 9,491 |
| General Journal | 06/30/04 | | Trifish Finance Inc. | 151.87B · Trifish_SPB | 150,000 | - | 725,538 | 119 | 15,220 |
| General Journal | 09/29/04 | | Trifish LLC. | 151.87B · Trifish_SPB | 300,000 | - | 1,025,538 | 91 | 14,672 |
| General Journal | 12/29/06 | | Trifish LLC. | 151.87B · Trifish_SPB | 438,371 | - | 1,463,909 | 821 | 187,104 |
| | 10/29/13 | | | | | | | 2496 | 811,981 |
| | | | | Totals | $ 1,807,871 | $  343,962 | | | $  1,029,221 |

Total Unpaid Principal and Accrued Interest          $   2,493,130

EXHIBIT R

059