# EXHIBIT S

## Transactions Extracted Directly from QuickBooks

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 12/29/06 | | Trisister, LLC | 151.98 · Trisister LLC | $ 805,231 | $      - | $ 805,231 |
| Check | 08/29/08 | 54745 | Ezri Namvar | 151.98 · Trisister LLC | 2,964,880 | - | 3,770,111 |
| | 10/29/13 | | | | | | |
| | | | | Totals | $ 3,770,111 | $      - | |

Total Unpaid Principal and Accrued Interest      $ 5,460,019

## Interest Calculation

| Days | Accrued/Unpaid Interest @ 8% |
|---|---|
| 609 | $ 108,975 |
| 1887 | 1,580,933 |
| | $ 1,689,908 |