# EXHIBIT T

Case 2:11-cv-05320-GAF-CW   Document 236-19   Filed 08/03/13   Page 2 of 2   Page ID
#:14224

Transactions Extracted Directly from QuickBooks                                    Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 02/20/07 | | Bunherst | 152.80 · Bunherst | $ 90,367 | $ - | $ 90,367 | | |
| Check | 02/21/07 | 51027 | Bunherst | 152.80 · Bunherst | 95,000 | - | 185,367 | 1 | $ 20 |
| Deposit | 02/22/07 | Dep | Bunherst | 152.80 · Bunherst | - | 90,372 | 94,995 | 1 | 41 |
| Check | 04/24/07 | 51569 | Bunherst | 152.80 · Bunherst | 93 | - | 95,088 | 61 | 1,288 |
| Check | 04/29/08 | 53918 | Bunherst | 152.80 · Bunherst | 190 | - | 95,278 | 371 | 7,839 |
| | 10/29/13 | | | | | | | 2,009 | 42,536 |
| | | | | | | | | | |
| General Journal | 02/20/07 | | Tribun | 152.81 · Tribun | 75,306 | - | 75,306 | | |
| | 10/29/13 | | | | | | | 2,443 | 40,883 |
| | | | | | | | | | |
| General Journal | 02/20/07 | | Bundy Dimes | 152.82 · Bundy Dimes | 336,366 | - | 336,366 | | |
| Check | 03/06/07 | 51136 | Bundy Dimes | 152.82 · Bundy Dimes | 46,900 | - | 383,266 | 14 | 1,046 |
| Deposit | 04/15/08 | Dep | Bundy Dimes | 152.82 · Bundy Dimes | - | 250,000 | 133,266 | 406 | 34,579 |
| Check | 04/29/08 | 53916 | Bundy Dimes | 152.82 · Bundy Dimes | 190 | - | 133,456 | 14 | 415 |
| Check | 08/26/08 | 54695 | Bundy Dimes | 152.82 · Bundy Dimes | 6,000 | - | 139,456 | 119 | 3,529 |
| Deposit | 08/26/08 | Dep | Sunset-8 Investors LLC | 152.82 · Bundy Dimes | - | 6,000 | 133,456 | - | - |
| Deposit | 11/17/08 | Dep | Bundy Dimes | 152.82 · Bundy Dimes | - | 35,000 | 98,456 | 83 | 2,462 |
| | 10/29/13 | | | | | | | 1,807 | 39,536 |
| | | | | Totals | $ 650,412 | $ 381,372 | $ 269,040 | | $ 174,174 |

Total Unpaid Principal and Accrued Interest    $ 443,214

EXHIBIT T
063

Page 1 of 1