# EXHIBIT U

**Transactions Extracted Directly from QuickBooks** — **Interest Calculation**

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 07/01/98 | | Daniel, Namvar | 132.07 · Daniel Namvar | $ 1,039,187 | $ - | $ 1,039,187 | | |
| General Journal | 07/01/98 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | - | 1,039,187 | | |
| Check | 08/12/98 | 36862 | LACY 20 L.L.C. | 132.07 · Daniel Namvar | 23,865 | - | 1,063,052 | 42 | $ 9,699 |
| Check | 08/12/98 | 36862 | LACY 20 L.L.C. | 132.07 · Daniel Namvar | 3,029 | - | 1,066,081 | - | - |
| Deposit | 08/12/98 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 70,000 | 996,081 | - | - |
| General Journal | 08/14/98 | | Daniel, Namvar | 132.07 · Daniel Namvar | 21,000 | - | 1,017,081 | 2 | 443 |
| General Journal | 08/26/98 | | Daniel, Namvar | 132.07 · Daniel Namvar | 42,000 | - | 1,059,081 | 12 | 2,712 |
| General Journal | 12/02/98 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 94,713 | 964,368 | 98 | 23,064 |
| General Journal | 12/31/98 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | - | 964,368 | 29 | 6,215 |
| General Journal | 01/21/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | 19,600 | - | 983,968 | 21 | 4,500 |
| General Journal | 07/01/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 37,100 | 946,868 | 161 | 35,204 |
| General Journal | 07/01/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | 13,353 | - | 960,221 | - | - |
| General Journal | 09/09/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | 14,000 | - | 974,221 | 70 | 14,937 |
| General Journal | 09/15/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | - | 974,221 | 6 | 1,299 |
| General Journal | 09/15/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | 5,565 | - | 979,786 | - | - |
| Deposit | 10/19/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 63,000 | 916,786 | 34 | 7,403 |
| General Journal | 10/19/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | 42,000 | - | 958,786 | - | - |
| General Journal | 10/19/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 50,400 | 908,386 | - | - |
| General Journal | 12/30/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | - | 908,386 | 72 | 14,534 |
| General Journal | 12/31/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | 38,689 | - | 947,075 | 1 | 202 |
| General Journal | 12/31/99 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | - | 947,075 | - | - |
| General Journal | 01/01/00 | | Daniel, Namvar | 132.07 · Daniel Namvar | 122,500 | - | 1,069,575 | 1 | 210 |
| General Journal | 01/01/00 | | Daniel, Namvar | 132.07 · Daniel Namvar | 37,100 | - | 1,106,675 | - | - |
| General Journal | 07/01/00 | | Daniel, Namvar | 132.07 · Daniel Namvar | 38,629 | - | 1,145,304 | 182 | 44,759 |
| General Journal | 07/01/00 | | Daniel, Namvar | 132.07 · Daniel Namvar | 9,667 | - | 1,154,971 | - | - |
| Check | 03/14/01 | 41333 | Mousa, Namvar | 132.07 · Daniel Namvar | 17,000 | - | 1,171,971 | 256 | 65,705 |
| Check | 03/14/01 | 41333 | Mousa, Namvar | 132.07 · Daniel Namvar | 17,000 | - | 1,188,971 | - | - |
| Deposit | 09/20/01 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 164,478 | 1,024,493 | 190 | 50,201 |
| General Journal | 10/22/01 | | Daniel Namvar | 132.07 · Daniel Namvar | 12,286 | - | 1,036,779 | 32 | 7,285 |
| General Journal | 10/25/01 | | Daniel, Namvar | 132.07 · Daniel Namvar | 14,000 | - | 1,050,779 | 3 | 691 |
| Check | 11/28/01 | 42126 | Roxy 15 LLC | 132.07 · Daniel Namvar | 19,051 | - | 1,069,830 | 34 | 7,939 |
| Check | 12/26/01 | 42230 | Daniel, Namvar | 132.07 · Daniel Namvar | 6,650 | - | 1,076,480 | 28 | 6,657 |
| General Journal | 01/16/02 | | Daniel, Namvar | 132.07 · Daniel Namvar | 1,200,000 | - | 2,276,480 | 21 | 5,024 |
| General Journal | 01/23/02 | | Daniel, Namvar | 132.07 · Daniel Namvar | 14,000 | - | 2,290,480 | 7 | 3,541 |
| Deposit | 01/29/02 | | Fresman | 132.07 · Daniel Namvar | - | 10,500 | 2,279,980 | 6 | 3,054 |
| General Journal | 04/09/02 | | Daniel, Namvar | 132.07 · Daniel Namvar | 35,000 | - | 2,314,980 | 70 | 35,466 |
| Deposit | 10/01/02 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 185,000 | 2,129,980 | 175 | 90,027 |
| General Journal | 01/17/03 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 54,333 | 2,075,647 | 108 | 51,120 |
| Deposit | 04/01/03 | | Tri-City Associates LLC. | 132.07 · Daniel Namvar | - | 333,200 | 1,742,447 | 74 | 34,133 |
| Deposit | 04/02/03 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 94,402 | 1,648,045 | 1 | 387 |
| General Journal | 08/14/03 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 70,000 | 1,578,045 | 134 | 49,075 |
| General Journal | 10/17/03 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 1,200,000 | 378,045 | 64 | 22,443 |

Transactions Extracted Directly from QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 01/08/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 575,006 | - | 953,051 | 83 | 6,973 |
| General Journal | 01/21/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 303,304 | - | 1,256,355 | 13 | 2,753 |
| General Journal | 01/22/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 16,311 | - | 1,272,666 | 1 | 279 |
| General Journal | 01/22/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 25,000 | - | 1,297,666 | - | - |
| General Journal | 01/26/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 10,250 | - | 1,307,916 | 4 | 1,153 |
| General Journal | 02/02/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 250,000 | - | 1,557,916 | 7 | 2,035 |
| General Journal | 03/17/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 551,250 | - | 2,109,166 | 44 | 15,233 |
| General Journal | 03/24/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 459,007 | - | 2,568,174 | 7 | 3,281 |
| General Journal | 03/30/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 31,778 | - | 2,599,952 | 6 | 3,424 |
| General Journal | 05/06/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 45,000 | - | 2,644,952 | 37 | 21,377 |
| General Journal | 05/06/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 548,062 | - | 3,193,014 | - | - |
| General Journal | 05/10/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 33,375 | - | 3,226,389 | 4 | 2,838 |
| General Journal | 06/03/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 130,500 | - | 3,356,889 | 24 | 17,207 |
| General Journal | 06/07/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 2,500 | - | 3,359,389 | 4 | 2,984 |
| General Journal | 06/15/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 10,000 | - | 3,369,389 | 8 | 5,972 |
| General Journal | 06/28/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 5,000 | - | 3,374,389 | 13 | 9,734 |
| General Journal | 06/29/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 160,000 | - | 3,534,389 | 1 | 750 |
| General Journal | 06/30/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 298,170 | - | 3,832,559 | 1 | 785 |
| General Journal | 07/02/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 545,625 | - | 4,378,184 | 2 | 1,703 |
| General Journal | 07/13/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 179,633 | - | 4,557,818 | 11 | 10,702 |
| General Journal | 07/14/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 575,000 | - | 5,132,818 | 1 | 1,013 |
| General Journal | 07/20/04 | 17 | Daniel, Namvar | 132.07 · Daniel Namvar | - | 5,307 | 5,127,511 | 6 | 6,844 |
| General Journal | 08/13/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 157,500 | - | 5,285,011 | 24 | 27,347 |
| General Journal | 08/27/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 250,000 | - | 5,535,011 | 14 | 16,442 |
| General Journal | 09/01/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 50,000 | - | 5,585,011 | 5 | 6,150 |
| General Journal | 09/01/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 125,000 | - | 5,710,011 | - | - |
| General Journal | 09/23/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 250,000 | - | 5,960,011 | 22 | 27,916 |
| General Journal | 09/29/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 325,000 | - | 6,285,011 | 6 | 7,947 |
| General Journal | 09/29/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 565,750 | - | 6,850,761 | - | - |
| General Journal | 09/30/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 112,500 | - | 6,963,261 | 1 | 1,522 |
| General Journal | 10/14/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 409,191 | - | 7,372,452 | 14 | 21,663 |
| General Journal | 11/01/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 60,000 | - | 7,432,452 | 18 | 29,490 |
| General Journal | 11/04/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 62,508 | - | 7,494,959 | 3 | 4,955 |
| General Journal | 11/05/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 250,000 | - | 7,744,959 | 1 | 1,666 |
| General Journal | 11/16/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 188,000 | - | 7,932,959 | 11 | 18,932 |
| General Journal | 11/17/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 308,750 | - | 8,241,709 | 1 | 1,763 |
| General Journal | 11/17/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 5,000 | - | 8,246,709 | - | - |
| General Journal | 11/17/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 125,004 | - | 8,371,713 | - | - |
| General Journal | 11/26/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 125,008 | - | 8,496,721 | 9 | 16,743 |
| General Journal | 12/01/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 393,758 | - | 8,890,478 | 5 | 9,441 |
| General Journal | 12/01/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | - | 59,356 | 8,831,122 | - | - |
| General Journal | 12/06/04 | | Daniel, Namvar | 132.07 · Daniel Namvar | 200,008 | - | 9,031,129 | 5 | 9,812 |

Transactions Extracted Directly from QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 12/09/04 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 31,000 | - | 9,062,129 | 3 | 6,021 |
| General Journal | 12/13/04 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 103,250 | - | 9,165,379 | 4 | 8,055 |
| General Journal | 12/14/04 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 15,000 | - | 9,180,379 | 1 | 2,037 |
| General Journal | 12/14/04 | | Daniel ,Namvar | 132.07 · Daniel Namvar | - | 312,500 | 8,867,879 | - | - |
| General Journal | 12/16/04 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 153,750 | - | 9,021,629 | 2 | 3,941 |
| General Journal | 12/17/04 | | Daniel ,Namvar | 132.07 · Daniel Namvar | - | 500,000 | 8,521,629 | 1 | 2,005 |
| General Journal | 12/23/04 | | Daniel ,Namvar | 132.07 · Daniel Namvar | - | 354,855 | 8,166,774 | 6 | 11,362 |
| General Journal | 12/27/04 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 268 | - | 8,167,042 | 4 | 7,259 |
| General Journal | 12/29/04 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 386,250 | - | 8,553,292 | 2 | 3,630 |
| General Journal | 01/01/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 4,670,679 | - | 13,223,971 | 3 | 5,702 |
| Check | 01/18/05 | 46151 | Daniel ,Namvar | 132.07 · Daniel Namvar | - | - | 13,223,971 | 17 | 49,957 |
| Check | 01/18/05 | 46153 | Daniel ,Namvar | 132.07 · Daniel Namvar | 81,593 | - | 13,305,564 | - | - |
| Check | 01/18/05 | 46154 | Daniel ,Namvar | 132.07 · Daniel Namvar | 21,492 | - | 13,327,056 | - | - |
| Deposit | 03/16/05 | | Daniel Namvar | 132.07 · Daniel Namvar | - | 545,823 | 12,781,234 | 57 | 168,809 |
| Check | 04/15/05 | 46618 | Daniel Namvar | 132.07 · Daniel Namvar | 21,000 | - | 12,802,234 | 30 | 85,208 |
| Check | 04/15/05 | 46619 | Daniel ,Namvar | 132.07 · Daniel Namvar | 45,000 | - | 12,847,234 | - | - |
| Deposit | 04/18/05 | | Daniel Namvar | 132.07 · Daniel Namvar | - | 66,000 | 12,781,234 | 3 | 8,565 |
| General Journal | 06/30/05 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 492,304 | - | 13,273,538 | 73 | 207,340 |
| General Journal | 06/30/05 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 125,661 | - | 13,399,199 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.07 · Daniel Namvar | 62,515 | - | 13,461,714 | - | - |
| General Journal | 06/30/05 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 1,584,769 | - | 15,046,483 | - | - |
| General Journal | 06/30/05 | | park view plaza | 132.07 · Daniel Namvar | - | 118,123 | 14,928,359 | - | - |
| General Journal | 06/30/05 | | westland group | 132.07 · Daniel Namvar | 1,468,830 | - | 16,397,189 | - | - |
| General Journal | 06/30/05 | | Dynasty Tower-Pinkie's | 132.07 · Daniel Namvar | 3,292,476 | - | 19,689,665 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 533,976 | - | 20,223,642 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 4,096,712 | - | 24,320,354 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 531,275 | - | 24,851,629 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 413,318 | - | 25,264,947 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.07 · Daniel Namvar | 2,526,893 | - | 27,791,840 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.07 · Daniel Namvar | 1,564,071 | - | 29,355,911 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.07 · Daniel Namvar | - | - | 29,355,911 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 10,482,058 | - | 39,837,969 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 216,893 | - | 40,054,862 | - | - |
| General Journal | 08/31/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 950,000 | - | 41,004,862 | 62 | 551,867 |
| General Journal | 09/15/05 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 84,811 | - | 41,089,673 | 15 | 136,683 |
| General Journal | 09/21/05 | | Beshmada LLC | 132.07 · Daniel Namvar | - | 132,500 | 40,957,173 | 6 | 54,786 |
| General Journal | 09/22/05 | | Daniel ,Namvar | 132.07 · Daniel Namvar | 364,586 | - | 41,321,759 | 1 | 9,102 |
| General Journal | 09/30/05 | | westland group | 132.07 · Daniel Namvar | 1,167,320 | - | 42,489,080 | 8 | 73,461 |
| General Journal | 09/30/05 | | Dynasty Tower-Pinkie's | 132.07 · Daniel Namvar | 209,381 | - | 42,698,461 | - | - |
| General Journal | 09/30/05 | | Windmill Market, LLC | 132.07 · Daniel Namvar | 113,891 | - | 42,812,352 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 708,758 | - | 43,521,109 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 77,124 | - | 43,598,233 | - | - |

**Transactions Extracted Directly from QuickBooks** — **Interest Calculation**

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 09/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 1,025,408 | - | 44,623,641 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 25,110 | - | 44,648,752 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 547,788 | - | 45,196,539 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 313,655 | - | 45,510,194 | - | - |
| General Journal | 09/30/05 | | Beshmada of Delaware, LLC | 132.07 · Daniel Namvar | - | 39,270 | 45,470,924 | - | - |
| General Journal | 09/30/05 | | Beshmada of Delaware, LLC | 132.07 · Daniel Namvar | 237,521 | - | 45,708,445 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 3,248,694 | - | 48,957,139 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.07 · Daniel Namvar | 1,253,765 | - | 50,210,904 | - | - |
| Check | 10/17/05 | 47677 | EZ/HS LLC | 132.07 · Daniel Namvar | 164,024 | - | 50,374,928 | 17 | 189,686 |
| Check | 10/17/05 | 47678 | Ezri Namvar. | 132.07 · Daniel Namvar | 211,257 | - | 50,586,185 | - | - |
| Check | 12/21/05 | 48204 | Daniel ,Namvar | 132.07 · Daniel Namvar | 8,400 | - | 50,594,585 | 65 | 730,689 |
| Deposit | 12/27/05 | | Daniel ,Namvar | 132.07 · Daniel Namvar | - | 8,400 | 50,586,185 | 6 | 67,459 |
| Check | 12/30/05 | 48265 | Daniel ,Namvar | 132.07 · Daniel Namvar | 450,000 | - | 51,036,185 | 3 | 33,724 |
| Deposit | 01/17/06 | | Daniel Namvar | 132.07 · Daniel Namvar | - | 250,000 | 50,786,185 | 18 | 204,145 |
| Deposit | 01/25/06 | | Daniel ,Namvar | 132.07 · Daniel Namvar | - | 375,000 | 50,411,185 | 8 | 90,287 |
| Check | 04/17/06 | 49019 | Daniel ,Namvar | 132.07 · Daniel Namvar | 75,000 | - | 50,486,185 | 82 | 918,604 |
| Check | 04/17/06 | 49020 | Daniel ,Namvar | 132.07 · Daniel Namvar | 125,000 | - | 50,611,185 | - | - |
| Deposit | 06/02/06 Dep | | Daniel ,Namvar | 132.07 · Daniel Namvar | - | 400,000 | 50,211,185 | 46 | 517,359 |
| Check | 06/16/06 | 49435 | Daniel ,Namvar | 132.07 · Daniel Namvar | 140,000 | - | 50,351,185 | 14 | 156,213 |
| Check | 01/23/07 | 50836 | Daniel ,Namvar | 132.07 · Daniel Namvar | 220,000 | - | 50,571,185 | 221 | 2,472,803 |
| Check | 04/17/07 | 51497 | Daniel ,Namvar | 132.07 · Daniel Namvar | 400,000 | - | 50,971,185 | 84 | 943,995 |
| Check | 04/17/07 | 51501 | Daniel ,Namvar | 132.07 · Daniel Namvar | 100,000 | - | 51,071,185 | - | - |
| Check | 08/29/07 | 52368 | Daniel ,Namvar | 132.07 · Daniel Namvar | 15,000 | - | 51,086,185 | 134 | 1,520,786 |
| Check | 01/22/08 | 53277 | Daniel ,Namvar | 132.07 · Daniel Namvar | 130,000 | - | 51,216,185 | 146 | 1,657,463 |
| Deposit | 07/17/08 Dep | | Daniel ,Namvar | 132.07 · Daniel Namvar | - | 18,000 | 51,198,185 | 177 | 2,014,503 |
| | 10/29/13 | | | | | | | 1,930 | 21,958,333 |
| | | | | Totals | $ 56,810,446 | $ 5,612,261 | | | |
| | | | | | | | | | |
| Deposit | 11/02/98 | | Daniel Namvar | 605.00 · Interest Income | - | (1,800) | | | (1,800) |
| Deposit | 01/13/99 | | Daniel ,Namvar | 605.00 · Interest Income | - | (35,000) | | | (35,000) |
| Deposit | 06/18/99 | | Namvar Daniel | 605.00 · Interest Income | - | (30,000) | | | (30,000) |
| Deposit | 12/21/99 | | Daniel ,Namvar | 605.00 · Interest Income | - | (35,000) | | | (35,000) |
| Deposit | 12/29/00 | | Daniel ,Namvar | 605.00 · Interest Income | - | (25,000) | | | (25,000) |
| General Journal | 10/22/01 | | Daniel Namvar | 605.00 · Interest Income | - | (12,286) | | | (12,286) |
| Deposit | 05/23/02 | | Daniel ,Namvar | 605.00 · Interest Income | - | (100,000) | | | (100,000) |
| Deposit | 06/03/02 | | Fresman | 605.00 · Interest Income | - | (3,500) | | | (3,500) |
| Deposit | 06/11/02 | | Daniel ,Namvar | 605.00 · Interest Income | - | (5,600) | | | (5,600) |
| Deposit | 06/11/02 | | Daniel ,Namvar | 605.00 · Interest Income | - | (4,900) | | | (4,900) |
| Deposit | 10/09/02 | | Daniel ,Namvar | 605.00 · Interest Income | - | (14,000) | | | (14,000) |
| Deposit | 12/04/02 | | Namvar, Daniel | 605.00 · Interest Income | - | (35,000) | | | (35,000) |
| General Journal | 07/20/04 | 15 | Daniel Namvar | 605.00 · Interest Income | - | 5,307 | | | 5,307 |

EXHIBIT U

068

Transactions Extracted Directly from QuickBooks | Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Deposit | 12/29/05 |  | Daniel ,Namvar | 605.00 · Interest Income | - | (40,000) |  |  | (40,000) |
| Deposit | 12/30/05 |  | Daniel ,Namvar | 605.00 · Interest Income | - | (450,000) |  |  | (450,000) |
| Deposit | 01/06/06 |  | Daniel ,Namvar | 605.00 · Interest Income | - | (750,000) |  |  | (750,000) |
| Deposit | 01/12/06 |  | Daniel ,Namvar | 605.00 · Interest Income | - | (880,000) |  |  | (880,000) |
| Deposit | 05/12/06 | Dep | Daniel ,Namvar | 605.00 · Interest Income | - | (95,000) |  |  | (95,000) |
| Deposit | 11/20/06 | Dep | Daniel ,Namvar | 605.00 · Interest Income | - | (85,000) |  |  | (85,000) |
| Deposit | 12/29/06 | Dep | Daniel ,Namvar | 605.00 · Interest Income | - | (270,000) |  |  | (270,000) |
| Deposit | 06/01/07 | Dep | Daniel ,Namvar | 605.00 · Interest Income | - | (850,000) |  |  | (850,000) |
| Deposit | 08/08/07 | dep | Daniel ,Namvar | 605.00 · Interest Income | - | (45,000) |  |  | (45,000) |
| Deposit | 12/12/07 | Dep | Daniel ,Namvar | 605.00 · Interest Income | - | (510,000) |  |  | (510,000) |
| Deposit | 06/05/08 | Dep | Ezri Namvar as Custodian fc | 605.00 · Interest Income | - | (250,000) |  |  | (250,000) |
| Deposit | 07/16/08 | Dep | Daniel ,Namvar | 605.00 · Interest Income | - | (19,000) |  |  | (19,000) |
| Deposit | 10/17/08 | Dep | Namvar Daniel | 605.00 · Interest Income | - | (30,000) |  |  | (30,000) |
| Deposit | 11/07/08 | 3271 | -MULTIPLE- | 605.00 · Interest Income | - | (2,000) |  |  | (2,000) |
|  |  |  |  |  |  |  |  |  | $ 31,215,821 |

Total Unpaid Principal and Accrued Interest    $ 82,414,006

EXHIBIT U

990