# EXHIBIT V

EXHIBIT V

070

Transactions Extracted Directly from QuickBooks | Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 01/08/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | $ 575,006 | $ - | $ 575,006 | | $ - |
| General Journal | 01/21/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 303,304 | - | 878,310 | 13 | $ 1,661 |
| General Journal | 01/22/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 16,311 | - | 894,622 | 1 | 195 |
| General Journal | 01/22/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 25,000 | - | 919,622 | - | - |
| General Journal | 01/26/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 10,250 | - | 929,872 | 4 | 817 |
| General Journal | 02/02/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 250,000 | - | 1,179,872 | 7 | 1,446 |
| General Journal | 03/17/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 551,250 | - | 1,731,122 | 44 | 11,537 |
| General Journal | 03/24/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 459,007 | - | 2,190,129 | 7 | 2,693 |
| General Journal | 03/30/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 31,778 | - | 2,221,907 | 6 | 2,920 |
| General Journal | 05/06/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 45,000 | - | 2,266,907 | 37 | 18,269 |
| General Journal | 05/06/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 548,062 | - | 2,814,970 | - | - |
| General Journal | 05/10/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 33,375 | - | 2,848,345 | 4 | 2,502 |
| General Journal | 06/03/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 130,500 | - | 2,978,845 | 24 | 15,191 |
| General Journal | 06/07/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 2,500 | - | 2,981,345 | 4 | 2,648 |
| General Journal | 06/15/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 10,000 | - | 2,991,345 | 8 | 5,300 |
| General Journal | 06/28/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 5,000 | - | 2,996,345 | 13 | 8,642 |
| General Journal | 06/29/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 160,000 | - | 3,156,345 | 1 | 666 |
| General Journal | 06/30/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 298,170 | - | 3,454,515 | 1 | 701 |
| General Journal | 07/02/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 545,625 | - | 4,000,140 | 2 | 1,535 |
| General Journal | 07/13/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 179,633 | - | 4,179,773 | 11 | 9,778 |
| General Journal | 07/14/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 575,000 | - | 4,754,773 | 1 | 929 |
| General Journal | 08/13/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 157,500 | - | 4,912,273 | 30 | 31,698 |
| General Journal | 08/27/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 250,000 | - | 5,162,273 | 14 | 15,283 |
| General Journal | 09/01/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 50,000 | - | 5,212,273 | 5 | 5,736 |
| General Journal | 09/01/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 125,000 | - | 5,337,273 | - | - |
| General Journal | 09/23/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 250,000 | - | 5,587,273 | 22 | 26,093 |
| General Journal | 09/29/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 325,000 | - | 5,912,273 | 6 | 7,450 |
| General Journal | 09/29/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 565,750 | - | 6,478,023 | - | - |
| General Journal | 09/30/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 112,500 | - | 6,590,523 | 1 | 1,440 |
| General Journal | 10/14/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 409,191 | - | 6,999,714 | 14 | 20,504 |
| General Journal | 11/01/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 60,000 | - | 7,059,714 | 18 | 27,999 |
| General Journal | 11/04/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 62,508 | - | 7,122,222 | 3 | 4,706 |
| General Journal | 11/05/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 250,000 | - | 7,372,222 | 1 | 1,583 |
| General Journal | 11/16/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 188,000 | - | 7,560,222 | 11 | 18,021 |
| General Journal | 11/17/04 | | Banjamin Namvar | 132.06 · Benjamin Namvar | 308,750 | - | 7,868,972 | 1 | 1,680 |
| General Journal | 11/17/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 5,000 | - | 7,873,972 | - | - |
| General Journal | 11/17/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 125,004 | - | 7,998,975 | - | - |
| General Journal | 11/26/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 125,008 | - | 8,123,983 | 9 | 15,998 |
| General Journal | 12/01/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 393,758 | - | 8,517,740 | 5 | 9,027 |
| General Journal | 12/01/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | - | 59,356 | 8,458,384 | - | - |
| General Journal | 12/06/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 200,008 | - | 8,658,391 | 5 | 9,398 |
| General Journal | 12/09/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 31,000 | - | 8,689,391 | 3 | 5,772 |
| General Journal | 12/13/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 103,250 | - | 8,792,641 | 4 | 7,724 |

EXHIBIT V
071
Page 1 of 3

**Transactions Extracted Directly from QuickBooks**            **Interest Calculation**

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 12/14/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 15,000 | - | 8,807,641 | 1 | 1,954 |
| General Journal | 12/14/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | - | 312,500 | 8,495,141 | - | - |
| General Journal | 12/16/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 153,750 | - | 8,648,891 | 2 | 3,776 |
| General Journal | 12/17/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | - | 500,000 | 8,148,891 | 1 | 1,922 |
| General Journal | 12/23/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | - | 354,855 | 7,794,036 | 6 | 10,865 |
| General Journal | 12/27/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 268 | - | 7,794,304 | 4 | 6,928 |
| General Journal | 12/29/04 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 386,250 | - | 8,180,554 | 2 | 3,464 |
| General Journal | 01/01/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 4,670,679 | - | 12,851,234 | 3 | 5,454 |
| Check | 04/15/05 | 46624 | Banjamin Namvar | 132.06 · Benjamin Namvar | 1,000 | - | 12,852,234 | 104 | 297,006 |
| Check | 04/15/05 | 46625 | Benjamin Namvar | 132.06 · Benjamin Namvar | 3,000 | - | 12,855,234 | - | - |
| Deposit | 04/18/05 | | Benjamin Namvar | 132.06 · Benjamin Namvar | - | 4,000 | 12,851,234 | 3 | 8,570 |
| General Journal | 06/30/05 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 492,304 | - | 13,343,538 | 73 | 208,476 |
| General Journal | 06/30/05 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 125,661 | - | 13,469,198 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.06 · Benjamin Namvar | 62,515 | - | 13,531,713 | - | - |
| General Journal | 06/30/05 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 1,584,769 | - | 15,116,482 | - | - |
| General Journal | 06/30/05 | | park view plaza | 132.06 · Benjamin Namvar | - | 118,123 | 14,998,359 | - | - |
| General Journal | 06/30/05 | | westland group | 132.06 · Benjamin Namvar | 1,468,830 | - | 16,467,189 | - | - |
| General Journal | 06/30/05 | | Dynasty Tower-Pinkie's | 132.06 · Benjamin Namvar | 3,292,476 | - | 19,759,665 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 533,976 | - | 20,293,642 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 4,096,712 | - | 24,390,354 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 531,275 | - | 24,921,629 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 413,318 | - | 25,334,947 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.06 · Benjamin Namvar | 2,526,893 | - | 27,861,840 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.06 · Benjamin Namvar | 1,564,071 | - | 29,425,911 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.06 · Benjamin Namvar | - | - | 29,425,911 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 10,482,058 | - | 39,907,969 | - | - |
| General Journal | 06/30/05 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 216,893 | - | 40,124,862 | - | - |
| General Journal | 08/31/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 950,000 | - | 41,074,862 | 62 | 552,831 |
| General Journal | 09/15/05 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 84,811 | - | 41,159,673 | 15 | 136,916 |
| General Journal | 09/21/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | - | 132,500 | 41,027,173 | 6 | 54,880 |
| General Journal | 09/22/05 | | Benjamin Namvar | 132.06 · Benjamin Namvar | 364,586 | - | 41,391,759 | 1 | 9,117 |
| General Journal | 09/30/05 | | westland group | 132.06 · Benjamin Namvar | 1,167,320 | - | 42,559,079 | 8 | 73,585 |
| General Journal | 09/30/05 | | Dynasty Tower-Pinkie's | 132.06 · Benjamin Namvar | 209,381 | - | 42,768,461 | - | - |
| General Journal | 09/30/05 | | Windmill Market, LLC | 132.06 · Benjamin Namvar | 113,891 | - | 42,882,352 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 708,758 | - | 43,591,109 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 77,124 | - | 43,668,233 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 1,025,408 | - | 44,693,641 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 25,110 | - | 44,718,751 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 547,788 | - | 45,266,539 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 313,655 | - | 45,580,194 | - | - |
| General Journal | 09/30/05 | | Beshmada of Delaware, LLC | 132.06 · Benjamin Namvar | - | 39,270 | 45,540,924 | - | - |
| General Journal | 09/30/05 | | Beshmada of Delaware, LLC | 132.06 · Benjamin Namvar | 237,521 | - | 45,778,445 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 3,248,694 | - | 49,027,139 | - | - |

**Transactions Extracted Directly from QuickBooks** — **Interest Calculation**

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 09/30/05 | | Beshmada LLC | 132.06 · Benjamin Namvar | 1,253,765 | - | 50,280,904 | - | - |
| Check | 10/17/05 | 47683 | Benjamin Namvar | 132.06 · Benjamin Namvar | 137,021 | - | 50,417,925 | 17 | 189,950 |
| Check | 10/17/05 | 47684 | Ezri Namvar. | 132.06 · Benjamin Namvar | 265,102 | - | 50,683,027 | - | - |
| Check | 12/30/05 | 48268 | Benjamin Namvar | 132.06 · Benjamin Namvar | 450,000 | - | 51,133,027 | 74 | 833,454 |
| Deposit | 01/17/06 | | Beshmada LLC | 132.06 · Benjamin Namvar | - | 250,000 | 50,883,027 | 18 | 204,532 |
| Deposit | 01/25/06 | | Benjamin Namvar | 132.06 · Benjamin Namvar | - | 375,000 | 50,508,027 | 8 | 90,459 |
| Check | 04/17/06 | 49023 | Benjamin Namvar | 132.06 · Benjamin Namvar | 80,000 | - | 50,588,027 | 82 | 920,368 |
| Check | 04/17/06 | 49024 | Benjamin Namvar | 132.06 · Benjamin Namvar | 120,000 | - | 50,708,027 | - | - |
| Deposit | 06/02/06 | Dep | Benjamin Namvar | 132.06 · Benjamin Namvar | - | 400,000 | 50,308,027 | 46 | 518,349 |
| Check | 06/16/06 | 49438 | Benjamin Namvar | 132.06 · Benjamin Namvar | 150,000 | - | 50,458,027 | 14 | 156,514 |
| Check | 10/17/06 | 50159 | Benjamin Namvar | 132.06 · Benjamin Namvar | 340,000 | - | 50,798,027 | 123 | 1,379,186 |
| Check | 01/23/07 | 50839 | Benjamin Namvar | 132.06 · Benjamin Namvar | 230,000 | - | 51,028,027 | 98 | 1,106,268 |
| Check | 04/17/07 | 51500 | Benjamin Namvar | 132.06 · Benjamin Namvar | 400,000 | - | 51,428,027 | 84 | 952,523 |
| Check | 04/17/07 | 51504 | Benjamin Namvar | 132.06 · Benjamin Namvar | 100,000 | - | 51,528,027 | - | - |
| Check | 04/17/07 | 51505 | Benjamin Namvar | 132.06 · Benjamin Namvar | 500,000 | - | 52,028,027 | - | - |
| Check | 07/02/07 | 51995 | Benjamin Namvar | 132.06 · Benjamin Namvar | 1,215 | - | 52,029,242 | 76 | 878,696 |
| Check | 01/22/08 | 53280 | Benjamin Namvar | 132.06 · Benjamin Namvar | 240,000 | - | 52,269,242 | 204 | 2,358,659 |
| | 10/29/13 | | | | | | | 2,107 | 24,473,621 |
| | | | | Totals | $ 54,814,847 | $ 2,545,605 | | | |
| Deposit | 12/29/05 | | Benjamin Namvar | 605.00 · Interest Income | - | (140,000) | | | (140,000) |
| Deposit | 12/30/05 | | Benjamin Namvar | 605.00 · Interest Income | - | (450,000) | | | (450,000) |
| Deposit | 01/06/06 | | Benjamin Namvar | 605.00 · Interest Income | - | (750,000) | | | (750,000) |
| Deposit | 01/12/06 | | Benjamin Namvar | 605.00 · Interest Income | - | (990,000) | | | (990,000) |
| Deposit | 05/12/06 | Dep | Benjamin Namvar | 605.00 · Interest Income | - | (70,000) | | | (70,000) |
| Deposit | 08/08/07 | Dep | Benjamin Namvar | 605.00 · Interest Income | - | (45,000) | | | (45,000) |
| Deposit | 12/12/07 | Dep | Benjamin Namvar | 605.00 · Interest Income | - | (480,000) | | | (480,000) |
| Deposit | 06/05/08 | | Ezri or Iliana Namvar ITF Benj; | 605.00 · Interest Income | - | (15,000) | | | (15,000) |
| Deposit | 11/07/08 | | Benjamin Namvar | 605.00 · Interest Income | - | (5,500) | | | (5,500) |
| | | | | | | | | | $ 32,790,366 |

Total Unpaid Principal and Accrued Interest    $ 85,059,608

EXHIBIT V

073