# EXHIBIT W

Transactions Extracted Directly from QuickBooks                                    Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 07/01/98 | | Malka ,Namvar | 132.08 · Malka Namvar | $ 1,075,187 | $ - | $ 1,075,187 | | |
| General Journal | 07/01/98 | | Malka ,Namvar | 132.08 · Malka Namvar | | - | 1,075,187 | | |
| Check | 08/12/98 | 36862 | LACY 20 L.L.C. | 132.08 · Malka Namvar | 26,894 | - | 1,102,081 | 42 | $ 10,035 |
| Deposit | 08/12/98 | | Malka ,Namvar | 132.08 · Malka Namvar | | 70,000 | 1,032,081 | - | |
| General Journal | 08/14/98 | | Malka ,Namvar | 132.08 · Malka Namvar | 21,000 | - | 1,053,081 | 2 | 459 |
| General Journal | 08/26/98 | | Malka ,Namvar | 132.08 · Malka Namvar | 42,000 | - | 1,095,081 | 12 | 2,808 |
| General Journal | 12/02/98 | | Malka ,Namvar | 132.08 · Malka Namvar | | 94,713 | 1,000,368 | 98 | 23,848 |
| General Journal | 01/21/99 | | Malka ,Namvar | 132.08 · Malka Namvar | 19,600 | - | 1,019,968 | 50 | 11,115 |
| General Journal | 07/01/99 | | Malka ,Namvar | 132.08 · Malka Namvar | | 37,100 | 982,868 | 161 | 36,492 |
| General Journal | 07/01/99 | | Malka ,Namvar | 132.08 · Malka Namvar | 13,353 | - | 996,221 | - | |
| General Journal | 09/09/99 | | Malka ,Namvar | 132.08 · Malka Namvar | 14,000 | - | 1,010,221 | 70 | 15,497 |
| General Journal | 09/15/99 | | Daniel ,Namvar | 132.08 · Malka Namvar | | - | 1,010,221 | 6 | 1,347 |
| General Journal | 09/15/99 | | Malka ,Namvar | 132.08 · Malka Namvar | 5,565 | - | 1,015,786 | - | |
| General Journal | 10/19/99 | | Malka ,Namvar | 132.08 · Malka Namvar | | 21,000 | 994,786 | 34 | 7,675 |
| General Journal | 10/19/99 | | Malka ,Namvar | 132.08 · Malka Namvar | | 50,400 | 944,386 | - | |
| General Journal | 12/30/99 | | Malka ,Namvar | 132.08 · Malka Namvar | | - | 944,386 | 72 | 15,110 |
| General Journal | 12/31/99 | | Malka ,Namvar | 132.08 · Malka Namvar | 38,689 | - | 983,075 | 1 | 210 |
| General Journal | 12/31/99 | | Malka ,Namvar | 132.08 · Malka Namvar | | - | 983,075 | - | |
| General Journal | 01/01/00 | | Malka ,Namvar | 132.08 · Malka Namvar | 122,500 | - | 1,105,575 | 1 | 218 |
| General Journal | 01/01/00 | | Malka ,Namvar | 132.08 · Malka Namvar | 37,100 | - | 1,142,675 | - | |
| General Journal | 07/01/00 | | Malka ,Namvar | 132.08 · Malka Namvar | 38,629 | - | 1,181,304 | 182 | 46,215 |
| Deposit | 09/20/01 | | Malka ,Namvar | 132.08 · Malka Namvar | | 164,478 | 1,016,826 | 446 | 117,080 |
| General Journal | 10/22/01 | | Malka ,Namvar | 132.08 · Malka Namvar | 12,286 | - | 1,029,112 | 32 | 7,231 |
| General Journal | 10/25/01 | | Malka ,Namvar | 132.08 · Malka Namvar | 14,000 | - | 1,043,112 | 3 | 686 |
| Check | 11/28/01 | 42126 | Roxy 15 LLC | 132.08 · Malka Namvar | 19,051 | - | 1,062,164 | 34 | 7,881 |
| Check | 12/26/01 | 42230 | Malka ,Namvar | 132.08 · Malka Namvar | 6,650 | - | 1,068,814 | 28 | 6,609 |
| General Journal | 01/16/02 | | Malka ,Namvar | 132.08 · Malka Namvar | 1,200,000 | - | 2,268,814 | 21 | 4,988 |
| General Journal | 01/23/02 | | Malka ,Namvar | 132.08 · Malka Namvar | 14,000 | - | 2,282,814 | 7 | 3,529 |
| Deposit | 01/29/02 | | Fresman | 132.08 · Malka Namvar | | 10,500 | 2,272,314 | 6 | 3,044 |
| General Journal | 04/09/02 | | Malka ,Namvar | 132.08 · Malka Namvar | 35,000 | - | 2,307,314 | 70 | 35,347 |
| Deposit | 10/01/02 | | Malka ,Namvar | 132.08 · Malka Namvar | | 185,000 | 2,122,314 | 175 | 89,729 |
| General Journal | 01/01/03 | | Malka ,Namvar | 132.08 · Malka Namvar | | 333 | 2,121,980 | 92 | 43,390 |
| General Journal | 01/17/03 | | Malka ,Namvar | 132.08 · Malka Namvar | | 54,333 | 2,067,647 | 16 | 7,545 |
| Deposit | 04/01/03 | | Tri-City Associates LLC. | 132.08 · Malka Namvar | | 333,200 | 1,734,447 | 74 | 34,001 |
| Deposit | 04/02/03 | | Malka ,Namvar | 132.08 · Malka Namvar | | 94,402 | 1,640,045 | 1 | 385 |
| General Journal | 08/14/03 | | Malka ,Namvar | 132.08 · Malka Namvar | | 70,000 | 1,570,045 | 134 | 48,837 |
| General Journal | 10/17/03 | | Malka ,Namvar | 132.08 · Malka Namvar | | 1,200,000 | 370,045 | 64 | 22,330 |
| General Journal | 01/08/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 575,006 | - | 945,051 | 83 | 6,825 |
| General Journal | 01/21/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 303,304 | - | 1,248,355 | 13 | 2,730 |
| General Journal | 01/22/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 16,311 | - | 1,264,666 | 1 | 277 |
| General Journal | 01/22/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 25,000 | - | 1,289,666 | - | |
| General Journal | 01/26/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 10,250 | - | 1,299,916 | 4 | 1,146 |
| General Journal | 02/02/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 250,000 | - | 1,549,916 | 7 | 2,022 |

EXHIBIT W 073

Transactions Extracted Directly from QuickBooks                                    Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 03/17/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 551,250 | - | 2,101,166 | 44 | 15,155 |
| General Journal | 03/24/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 459,007 | - | 2,560,174 | 7 | 3,268 |
| General Journal | 03/30/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 31,778 | - | 2,591,952 | 6 | 3,414 |
| General Journal | 05/06/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 45,000 | - | 2,636,952 | 37 | 21,312 |
| General Journal | 05/06/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 548,062 | - | 3,185,014 | - | - |
| General Journal | 05/10/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 33,375 | - | 3,218,389 | 4 | 2,831 |
| General Journal | 06/03/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 130,500 | - | 3,348,889 | 24 | 17,165 |
| General Journal | 06/07/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 2,500 | - | 3,351,389 | 4 | 2,977 |
| General Journal | 06/15/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 10,000 | - | 3,361,389 | 8 | 5,958 |
| General Journal | 06/28/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 5,000 | - | 3,366,389 | 13 | 9,711 |
| General Journal | 06/29/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 160,000 | - | 3,526,389 | 1 | 748 |
| General Journal | 06/30/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 298,170 | - | 3,824,559 | 1 | 784 |
| General Journal | 07/02/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 545,625 | - | 4,370,184 | 2 | 1,700 |
| General Journal | 07/13/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 179,633 | - | 4,549,818 | 11 | 10,683 |
| General Journal | 07/14/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 575,000 | - | 5,124,818 | 1 | 1,011 |
| General Journal | 07/20/04 | 16 | Malka ,Namvar | 132.08 · Malka Namvar | - | 5,307 | 5,119,511 | 6 | 6,833 |
| General Journal | 08/13/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 157,500 | - | 5,277,011 | 24 | 27,304 |
| General Journal | 08/27/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 250,000 | - | 5,527,011 | 14 | 16,417 |
| General Journal | 09/01/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 50,000 | - | 5,577,011 | 5 | 6,141 |
| General Journal | 09/01/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 125,000 | - | 5,702,011 | - | - |
| General Journal | 09/23/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 250,000 | - | 5,952,011 | 22 | 27,876 |
| General Journal | 09/29/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 325,000 | - | 6,277,011 | 6 | 7,936 |
| General Journal | 09/29/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 565,750 | - | 6,842,761 | - | - |
| General Journal | 09/30/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 112,500 | - | 6,955,261 | 1 | 1,521 |
| General Journal | 10/14/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 409,191 | - | 7,364,452 | 14 | 21,639 |
| General Journal | 11/01/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 60,000 | - | 7,424,452 | 18 | 29,458 |
| General Journal | 11/04/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 62,508 | - | 7,486,959 | 3 | 4,950 |
| General Journal | 11/05/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 250,000 | - | 7,736,959 | 1 | 1,664 |
| General Journal | 11/16/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 188,000 | - | 7,924,959 | 11 | 18,913 |
| General Journal | 11/17/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 308,750 | - | 8,233,709 | 1 | 1,761 |
| General Journal | 11/17/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 5,000 | - | 8,238,709 | - | - |
| General Journal | 11/17/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 125,004 | - | 8,363,713 | - | - |
| General Journal | 11/26/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 125,008 | - | 8,488,721 | 9 | 16,727 |
| General Journal | 12/01/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 393,758 | - | 8,882,478 | 5 | 9,432 |
| General Journal | 12/01/04 | | Malka ,Namvar | 132.08 · Malka Namvar | - | 59,356 | 8,823,122 | - | - |
| General Journal | 12/06/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 200,008 | - | 9,023,129 | 5 | 9,803 |
| General Journal | 12/09/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 31,000 | - | 9,054,129 | 3 | 6,015 |
| General Journal | 12/13/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 103,250 | - | 9,157,379 | 4 | 8,048 |
| General Journal | 12/14/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 15,000 | - | 9,172,379 | 1 | 2,035 |
| General Journal | 12/14/04 | | Malka ,Namvar | 132.08 · Malka Namvar | - | 312,500 | 8,859,879 | - | - |
| General Journal | 12/16/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 153,750 | - | 9,013,629 | 2 | 3,938 |
| General Journal | 12/17/04 | | Malka ,Namvar | 132.08 · Malka Namvar | - | 500,000 | 8,513,629 | 1 | 2,003 |
| General Journal | 12/17/04 | | Malka ,Namvar | 132.08 · Malka Namvar | - | - | 8,513,629 | - | - |

EXHIBIT W 076

**Transactions Extracted Directly from QuickBooks**

**Interest Calculation**

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 12/23/04 | | Malka ,Namvar | 132.08 · Malka Namvar | - | 354,855 | 8,158,774 | 6 | 11,352 |
| General Journal | 12/27/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 268 | - | 8,159,042 | 4 | 7,252 |
| General Journal | 12/29/04 | | Malka ,Namvar | 132.08 · Malka Namvar | 386,250 | - | 8,545,292 | 2 | 3,626 |
| General Journal | 01/01/05 | | Beshmada LLC | 132.08 · Malka Namvar | 4,670,679 | - | 13,215,971 | 3 | 5,697 |
| Check | 01/18/05 | 46155 | Malka ,Namvar | 132.08 · Malka Namvar | 99,000 | - | 13,314,971 | 17 | 49,927 |
| Check | 01/18/05 | 46156 | Malka ,Namvar | 132.08 · Malka Namvar | 25,500 | - | 13,340,471 | - | - |
| Deposit | 03/16/05 | | Malka ,Namvar | 132.08 · Malka Namvar | - | 559,238 | 12,781,234 | 57 | 168,979 |
| Check | 04/15/05 | 46620 | Malka ,Namvar | 132.08 · Malka Namvar | 20,000 | - | 12,801,234 | 30 | 85,208 |
| Check | 04/15/05 | 46621 | Malka ,Namvar | 132.08 · Malka Namvar | 40,000 | - | 12,841,234 | - | - |
| Deposit | 04/18/05 | | Malka Namvar | 132.08 · Malka Namvar | - | 60,000 | 12,781,234 | 3 | 8,561 |
| General Journal | 06/30/05 | | Malka ,Namvar | 132.08 · Malka Namvar | 492,304 | - | 13,273,538 | 73 | 207,340 |
| General Journal | 06/30/05 | | Malka ,Namvar | 132.08 · Malka Namvar | 125,661 | - | 13,399,199 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.08 · Malka Namvar | 62,515 | - | 13,461,714 | - | - |
| General Journal | 06/30/05 | | Malka ,Namvar | 132.08 · Malka Namvar | 1,584,769 | - | 15,046,483 | - | - |
| General Journal | 06/30/05 | | park view plaza | 132.08 · Malka Namvar | - | 118,123 | 14,928,359 | - | - |
| General Journal | 06/30/05 | | westland group | 132.08 · Malka Namvar | 1,468,830 | - | 16,397,189 | - | - |
| General Journal | 06/30/05 | | Dynasty Tower-Pinkie's | 132.08 · Malka Namvar | 3,292,476 | - | 19,689,665 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 533,976 | - | 20,223,642 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 4,096,712 | - | 24,320,354 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 531,275 | - | 24,851,629 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 413,318 | - | 25,264,947 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.08 · Malka Namvar | 2,526,893 | - | 27,791,840 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.08 · Malka Namvar | 1,564,071 | - | 29,355,911 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.08 · Malka Namvar | - | - | 29,355,911 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 10,482,058 | - | 39,837,969 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 216,893 | - | 40,054,862 | - | - |
| General Journal | 08/31/05 | | Beshmada LLC | 132.08 · Malka Namvar | 950,000 | - | 41,004,862 | 62 | 551,867 |
| General Journal | 09/15/05 | | Malka ,Namvar | 132.08 · Malka Namvar | 84,811 | - | 41,089,673 | 15 | 136,683 |
| General Journal | 09/21/05 | | Beshmada LLC | 132.08 · Malka Namvar | - | 132,500 | 40,957,173 | 6 | 54,786 |
| General Journal | 09/22/05 | | Malka ,Namvar | 132.08 · Malka Namvar | 364,586 | - | 41,321,759 | 1 | 9,102 |
| General Journal | 09/30/05 | | westland group | 132.08 · Malka Namvar | 1,167,320 | - | 42,489,079 | 8 | 73,461 |
| General Journal | 09/30/05 | | Dynasty Tower-Pinkie's | 132.08 · Malka Namvar | 209,381 | - | 42,698,461 | - | - |
| General Journal | 09/30/05 | | Windmill Market, LLC | 132.08 · Malka Namvar | 113,891 | - | 42,812,352 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 708,758 | - | 43,521,109 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 77,124 | - | 43,598,233 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 1,025,408 | - | 44,623,641 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 25,110 | - | 44,648,752 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 547,788 | - | 45,196,539 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 313,655 | - | 45,510,194 | - | - |
| General Journal | 09/30/05 | | Beshmada of Delaware, LLC | 132.08 · Malka Namvar | - | 39,270 | 45,470,924 | - | - |
| General Journal | 09/30/05 | | Beshmada of Delaware, LLC | 132.08 · Malka Namvar | 237,521 | - | 45,708,445 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 3,248,694 | - | 48,957,139 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.08 · Malka Namvar | 1,253,765 | - | 50,210,904 | - | - |

EXHIBIT W
077

**Transactions Extracted Directly from QuickBooks**                    **Interest Calculation**

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Check | 10/17/05 | 47679 | Malka Namvar | 132.08 · Malka Namvar | 159,889 | - | 50,370,793 | 17 | 189,686 |
| Check | 10/17/05 | 47680 | Malka Namvar | 132.08 · Malka Namvar | 220,785 | - | 50,591,578 | - | - |
| Check | 12/21/05 | 48204 | Malka ,Namvar | 132.08 · Malka Namvar | 8,400 | - | 50,599,978 | 65 | 730,767 |
| Deposit | 12/27/05 | | Malka ,Namvar | 132.08 · Malka Namvar | - | 8,400 | 50,591,578 | 6 | 67,467 |
| Check | 12/30/05 | 48266 | Malka ,Namvar | 132.08 · Malka Namvar | 450,000 | - | 51,041,578 | 3 | 33,728 |
| Deposit | 01/17/06 | | Malka Namvar | 132.08 · Malka Namvar | - | 250,000 | 50,791,578 | 18 | 204,166 |
| Deposit | 01/25/06 | | Malka ,Namvar | 132.08 · Malka Namvar | - | 375,000 | 50,416,578 | 8 | 90,296 |
| Check | 04/17/06 | 49017 | Malka ,Namvar | 132.08 · Malka Namvar | 75,000 | - | 50,491,578 | 82 | 918,702 |
| Check | 04/17/06 | 49018 | Malka ,Namvar | 132.08 · Malka Namvar | 125,000 | - | 50,616,578 | - | - |
| Deposit | 06/02/06 | Dep | Malka ,Namvar | 132.08 · Malka Namvar | - | 400,000 | 50,216,578 | 46 | 517,414 |
| Check | 06/16/06 | 49436 | Malka ,Namvar | 132.08 · Malka Namvar | 140,000 | - | 50,356,578 | 14 | 156,229 |
| Check | 01/23/07 | 50837 | Malka Namvar | 132.08 · Malka Namvar | 220,000 | - | 50,576,578 | 221 | 2,473,067 |
| Check | 03/02/07 | 51099 | Malka ,Namvar | 132.08 · Malka Namvar | 1,000 | - | 50,577,578 | 38 | 427,091 |
| Check | 04/17/07 | 51498 | Malka ,Namvar | 132.08 · Malka Namvar | 400,000 | - | 50,977,578 | 46 | 517,015 |
| Check | 04/17/07 | 51502 | Malka ,Namvar | 132.08 · Malka Namvar | 100,000 | - | 51,077,578 | - | - |
| Check | 05/04/07 | 51660 | Malka ,Namvar | 132.08 · Malka Namvar | 4,000 | - | 51,081,578 | 17 | 192,960 |
| Check | 08/29/07 | 52369 | Malka ,Namvar | 132.08 · Malka Namvar | 15,000 | - | 51,096,578 | 117 | 1,328,121 |
| Check | 01/22/08 | 53278 | Malka ,Namvar | 132.08 · Malka Namvar | 130,000 | - | 51,226,578 | 146 | 1,657,800 |
| Deposit | 07/17/08 | Dep | Malka ,Namvar | 132.08 · Malka Namvar | - | 20,000 | 51,206,578 | 177 | 2,014,912 |
| | 10/29/13 | | | | | | | 1,930 | 21,961,932 |
| | | | | Totals | $ 56,786,587 | $ 5,580,009 | | | |
| | | | | | | | | | |
| Deposit | 11/02/98 | | Malka Namvar | 605.00 · Interest Income | - | (1,800) | | | (1,800) |
| Deposit | 01/13/99 | | Malka ,Namvar | 605.00 · Interest Income | - | (35,000) | | | (35,000) |
| Deposit | 06/18/99 | | Malka ,Namvar | 605.00 · Interest Income | - | (30,000) | | | (30,000) |
| Deposit | 12/21/99 | | Malka ,Namvar | 605.00 · Interest Income | - | (35,000) | | | (35,000) |
| Deposit | 12/29/00 | | Malka ,Namvar | 605.00 · Interest Income | - | (25,000) | | | (25,000) |
| General Journal | 10/22/01 | | Malka ,Namvar | 605.00 · Interest Income | - | (12,286) | | | (12,286) |
| Deposit | 05/23/02 | | Malka ,Namvar | 605.00 · Interest Income | - | (100,000) | | | (100,000) |
| Deposit | 06/03/02 | | Fresman | 605.00 · Interest Income | - | (3,500) | | | (3,500) |
| Deposit | 06/11/02 | | Malka ,Namvar | 605.00 · Interest Income | - | (5,600) | | | (5,600) |
| Deposit | 06/11/02 | | Malka ,Namvar | 605.00 · Interest Income | - | (4,900) | | | (4,900) |
| Deposit | 10/09/02 | | Malka ,Namvar | 605.00 · Interest Income | - | (14,000) | | | (14,000) |
| Deposit | 12/04/02 | | Namvar, Malka | 605.00 · Interest Income | - | (35,000) | | | (35,000) |
| General Journal | 07/20/04 | 15 | Malka Namvar | 605.00 · Interest Income | - | 5,307 | | | 5,307 |
| Deposit | 12/29/05 | | Malka ,Namvar | 605.00 · Interest Income | - | (40,000) | | | (40,000) |
| Deposit | 12/30/05 | | Malka ,Namvar | 605.00 · Interest Income | - | (450,000) | | | (450,000) |
| Deposit | 01/06/06 | | Malka ,Namvar | 605.00 · Interest Income | - | (750,000) | | | (750,000) |
| Deposit | 01/12/06 | | Malka ,Namvar | 605.00 · Interest Income | - | (900,000) | | | (900,000) |
| Deposit | 05/12/06 | Dep | Malka ,Namvar | 605.00 · Interest Income | - | (95,000) | | | (95,000) |
| Deposit | 11/20/06 | Dep | Malka ,Namvar | 605.00 · Interest Income | - | (85,000) | | | (85,000) |
| Deposit | 12/29/06 | Dep | Malka ,Namvar | 605.00 · Interest Income | - | (275,000) | | | (275,000) |

EXHIBIT W
078

## Transactions Extracted Directly from QuickBooks

### Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Deposit | 06/01/07 | Dep | Malka, Namvar | 605.00 · Interest Income | - | (850,000) | | | (850,000) |
| Deposit | 08/08/07 | Dep | Malka, Namvar | 605.00 · Interest Income | - | (45,000) | | | (45,000) |
| Deposit | 12/12/07 | Dep | Malka, Namvar | 605.00 · Interest Income | - | (715,000) | | | (715,000) |
| Deposit | 06/05/08 | Dep | Ezri Namvar as Custodian for Malka Namvar | 605.00 · Interest Income | - | (90,000) | | | (90,000) |
| Deposit | 07/16/08 | Dep | Malka, Namvar | 605.00 · Interest Income | - | (13,000) | | | (13,000) |
| Deposit | 10/17/08 | Dep | Malka, Namvar | 605.00 · Interest Income | - | (28,000) | | | (28,000) |
| Deposit | 11/07/08 | 3271 | -MULTIPLE- | 605.00 · Interest Income | - | (2,100) | | | (2,100) |
| | | | | | | | | $ | 31,164,088 |

Total Unpaid Principal and Accrued Interest          $   82,370,666