# EXHIBIT X

EXHIBIT X

080

| | | | Transactions Extracted Directly from QuickBooks | | | | Interest Calculation | |
|---|---|---|---|---|---|---|---|---|
| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
| General Journal | 07/01/98 | | Shirah, Namvar | 132.09 · Shirah Namvar | $ 1,087,854 | $       - | $ 1,087,854 | | |
| General Journal | 07/01/98 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | - | 1,087,854 | | |
| Check | 08/12/98 | 36862 | LACY 20 L.L.C. | 132.09 · Shirah Namvar | 26,894 | - | 1,114,748 | 42 | $ 10,153 |
| Deposit | 08/12/98 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 70,000 | 1,044,748 | - | - |
| General Journal | 08/14/98 | | Shirah, Namvar | 132.09 · Shirah Namvar | 21,000 | - | 1,065,748 | 2 | 464 |
| General Journal | 08/26/98 | | Shirah, Namvar | 132.09 · Shirah Namvar | 42,000 | - | 1,107,748 | 12 | 2,842 |
| General Journal | 12/02/98 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 94,713 | 1,013,035 | 98 | 24,124 |
| General Journal | 01/21/99 | | Shirah, Namvar | 132.09 · Shirah Namvar | 19,600 | - | 1,032,635 | 50 | 11,256 |
| General Journal | 07/01/99 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 37,100 | 995,535 | 161 | 36,945 |
| General Journal | 07/01/99 | | Shirah, Namvar | 132.09 · Shirah Namvar | 13,353 | - | 1,008,887 | - | - |
| General Journal | 09/09/99 | | Shirah, Namvar | 132.09 · Shirah Namvar | 14,000 | - | 1,022,887 | 70 | 15,694 |
| General Journal | 09/15/99 | | Shirah, Namvar | 132.09 · Shirah Namvar | 5,565 | - | 1,028,452 | 6 | 1,364 |
| General Journal | 10/19/99 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 21,000 | 1,007,452 | 34 | 7,771 |
| General Journal | 10/19/99 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 50,400 | 957,052 | - | - |
| General Journal | 12/30/99 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | - | 957,052 | 72 | 15,313 |
| General Journal | 12/31/99 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | - | 957,052 | 1 | 213 |
| General Journal | 12/31/99 | | Shirah, Namvar | 132.09 · Shirah Namvar | 38,689 | - | 995,741 | - | - |
| General Journal | 01/01/00 | | Shirah, Namvar | 132.09 · Shirah Namvar | 122,500 | - | 1,118,241 | 1 | 221 |
| General Journal | 01/01/00 | | Shirah, Namvar | 132.09 · Shirah Namvar | 37,100 | - | 1,155,341 | - | - |
| General Journal | 07/01/00 | | Shirah, Namvar | 132.09 · Shirah Namvar | 38,629 | - | 1,193,971 | 182 | 46,727 |
| Check | 03/14/01 | 41333 | Mousa, Namvar | 132.09 · Shirah Namvar | 17,000 | - | 1,210,971 | 256 | 67,924 |
| Deposit | 09/20/01 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 164,478 | 1,046,493 | 190 | 51,130 |
| General Journal | 10/22/01 | | Shirah, Namvar | 132.09 · Shirah Namvar | 12,286 | - | 1,058,779 | 32 | 7,442 |
| General Journal | 10/25/01 | | Shirah, Namvar | 132.09 · Shirah Namvar | 14,000 | - | 1,072,779 | 3 | 706 |
| Check | 11/28/01 | 42126 | Roxy 15 LLC | 132.09 · Shirah Namvar | 19,051 | - | 1,091,830 | 34 | 8,105 |
| Check | 12/26/01 | 42230 | Shirah, Namvar | 132.09 · Shirah Namvar | 6,650 | - | 1,098,480 | 28 | 6,794 |
| General Journal | 01/16/02 | | Shirah, Namvar | 132.09 · Shirah Namvar | 1,200,000 | - | 2,298,480 | 21 | 5,126 |
| General Journal | 01/23/02 | | Shirah, Namvar | 132.09 · Shirah Namvar | 14,000 | - | 2,312,480 | 7 | 3,575 |
| Deposit | 01/29/02 | | Fresman | 132.09 · Shirah Namvar | - | 10,500 | 2,301,980 | 6 | 3,083 |
| General Journal | 04/09/02 | | Shirah, Namvar | 132.09 · Shirah Namvar | 35,000 | - | 2,336,980 | 70 | 35,809 |
| Deposit | 10/01/02 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 185,000 | 2,151,980 | 175 | 90,883 |
| General Journal | 01/17/03 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 54,333 | 2,097,647 | 108 | 51,648 |
| Deposit | 04/01/03 | | Tri-City Associates LLC. | 132.09 · Shirah Namvar | - | 333,200 | 1,764,447 | 74 | 34,495 |
| Deposit | 04/02/03 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 94,402 | 1,670,045 | 1 | 392 |
| General Journal | 08/14/03 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 70,000 | 1,600,045 | 134 | 49,730 |
| General Journal | 10/17/03 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 1,200,000 | 400,045 | 64 | 22,756 |
| General Journal | 01/08/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 575,006 | - | 975,051 | 83 | 7,379 |
| General Journal | 01/21/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 303,304 | - | 1,278,355 | 13 | 2,817 |
| General Journal | 01/22/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 16,311 | - | 1,294,666 | 1 | 284 |
| General Journal | 01/22/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 25,000 | - | 1,319,666 | - | - |
| General Journal | 01/26/04 | | Malka, Namvar | 132.09 · Shirah Namvar | 10,250 | - | 1,329,916 | 4 | 1,173 |
| General Journal | 02/02/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 250,000 | - | 1,579,916 | 7 | 2,069 |
| General Journal | 03/17/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 551,250 | - | 2,131,166 | 44 | 15,448 |

EXHIBIT X   081   Page 1 of 5

Transactions Extracted Directly from QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 03/24/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 459,007 | - | 2,590,174 | 7 | 3,315 |
| General Journal | 03/30/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 31,778 | - | 2,621,952 | 6 | 3,454 |
| General Journal | 05/06/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 45,000 | - | 2,666,952 | 37 | 21,558 |
| General Journal | 05/06/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 548,062 | - | 3,215,014 | - | - |
| General Journal | 05/10/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 33,375 | - | 3,248,389 | 4 | 2,858 |
| General Journal | 06/03/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 130,500 | - | 3,378,889 | 24 | 17,325 |
| General Journal | 06/07/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 2,500 | - | 3,381,389 | 4 | 3,003 |
| General Journal | 06/15/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 10,000 | - | 3,391,389 | 8 | 6,011 |
| General Journal | 06/28/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 5,000 | - | 3,396,389 | 13 | 9,797 |
| General Journal | 06/29/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 160,000 | - | 3,556,389 | 1 | 755 |
| General Journal | 06/30/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 298,170 | - | 3,854,559 | 1 | 790 |
| General Journal | 07/02/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 545,625 | - | 4,400,184 | 2 | 1,713 |
| General Journal | 07/13/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 179,633 | - | 4,579,818 | 11 | 10,756 |
| General Journal | 07/14/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 575,000 | - | 5,154,818 | 1 | 1,018 |
| General Journal | 07/20/04 | 18 | Shirah, Namvar | 132.09 · Shirah Namvar | - | 5,307 | 5,149,511 | 6 | 6,873 |
| General Journal | 08/13/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 157,500 | - | 5,307,011 | 24 | 27,464 |
| General Journal | 08/27/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 250,000 | - | 5,557,011 | 14 | 16,511 |
| General Journal | 09/01/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 50,000 | - | 5,607,011 | 5 | 6,174 |
| General Journal | 09/01/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 125,000 | - | 5,732,011 | - | - |
| General Journal | 09/23/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 250,000 | - | 5,982,011 | 22 | 28,023 |
| General Journal | 09/29/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 325,000 | - | 6,307,011 | 6 | 7,976 |
| General Journal | 09/29/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 565,750 | - | 6,872,761 | - | - |
| General Journal | 09/30/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 112,500 | - | 6,985,261 | 1 | 1,527 |
| General Journal | 10/14/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 409,191 | - | 7,394,452 | 14 | 21,732 |
| General Journal | 11/01/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 60,000 | - | 7,454,452 | 18 | 29,578 |
| General Journal | 11/04/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 62,508 | - | 7,516,959 | 3 | 4,970 |
| General Journal | 11/05/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 250,000 | - | 7,766,959 | 1 | 1,670 |
| General Journal | 11/16/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 188,000 | - | 7,954,959 | 11 | 18,986 |
| General Journal | 11/17/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 308,750 | - | 8,263,709 | 1 | 1,768 |
| General Journal | 11/17/04 | | Shirah education center, LLC | 132.09 · Shirah Namvar | 5,000 | - | 8,268,709 | - | - |
| General Journal | 11/17/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 125,004 | - | 8,393,713 | - | - |
| General Journal | 11/26/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 125,008 | - | 8,518,721 | 9 | 16,787 |
| General Journal | 12/01/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 393,758 | - | 8,912,478 | 5 | 9,465 |
| General Journal | 12/01/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 59,356 | 8,853,122 | - | - |
| General Journal | 12/06/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 200,008 | - | 9,053,129 | 5 | 9,837 |
| General Journal | 12/09/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 31,000 | - | 9,084,129 | 3 | 6,035 |
| General Journal | 12/13/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 103,250 | - | 9,187,379 | 4 | 8,075 |
| General Journal | 12/14/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 15,000 | - | 9,202,379 | 1 | 2,042 |
| General Journal | 12/14/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 312,500 | 8,889,879 | - | - |
| General Journal | 12/16/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 153,750 | - | 9,043,629 | 2 | 3,951 |
| General Journal | 12/17/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 500,000 | 8,543,629 | 1 | 2,010 |
| General Journal | 12/23/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 354,855 | 8,188,774 | 6 | 11,392 |
| General Journal | 12/27/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 268 | - | 8,189,042 | 4 | 7,279 |

EXHIBIT X
082
Page 2 of 5

Transactions Extracted Directly from QuickBooks | Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 12/29/04 | | Shirah, Namvar | 132.09 · Shirah Namvar | 386,250 | - | 8,575,292 | 2 | 3,640 |
| General Journal | 01/01/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 4,670,679 | - | 13,245,971 | 3 | 5,717 |
| Check | 01/18/05 | 46157 | Shirah, Namvar | 132.09 · Shirah Namvar | 99,486 | - | 13,345,457 | 17 | 50,040 |
| Check | 01/18/05 | 46158 | Shirah, Namvar | 132.09 · Shirah Namvar | - | - | 13,345,457 | - | - |
| Check | 01/18/05 | 46163 | Shirah, Namvar | 132.09 · Shirah Namvar | 25,200 | - | 13,370,657 | - | - |
| Deposit | 03/16/05 | | Namvar, Shirah | 132.09 · Shirah Namvar | - | 589,424 | 12,781,234 | 57 | 169,362 |
| Check | 04/15/05 | 46622 | Namvar, Shirah | 132.09 · Shirah Namvar | 20,000 | - | 12,801,234 | 30 | 85,208 |
| Check | 04/15/05 | 46623 | Namvar, Shirah | 132.09 · Shirah Namvar | 40,000 | - | 12,841,234 | - | - |
| Deposit | 04/18/05 | | Namvar, Shirah | 132.09 · Shirah Namvar | - | 30,000 | 12,811,234 | 3 | 8,561 |
| General Journal | 06/30/05 | | Shirah, Namvar | 132.09 · Shirah Namvar | 492,304 | - | 13,303,538 | 73 | 207,827 |
| General Journal | 06/30/05 | | Shirah, Namvar | 132.09 · Shirah Namvar | 125,661 | - | 13,429,199 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.09 · Shirah Namvar | 62,515 | - | 13,491,714 | - | - |
| General Journal | 06/30/05 | | Shirah, Namvar | 132.09 · Shirah Namvar | 1,584,769 | - | 15,076,483 | - | - |
| General Journal | 06/30/05 | | park view plaza | 132.09 · Shirah Namvar | - | 118,123 | 14,958,359 | - | - |
| General Journal | 06/30/05 | | westland group | 132.09 · Shirah Namvar | 1,468,830 | - | 16,427,189 | - | - |
| General Journal | 06/30/05 | | Dynasty Tower-Pinkie's | 132.09 · Shirah Namvar | 3,292,476 | - | 19,719,665 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 533,976 | - | 20,253,642 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 4,096,712 | - | 24,350,354 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 531,275 | - | 24,881,629 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 413,318 | - | 25,294,947 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.09 · Shirah Namvar | 2,526,893 | - | 27,821,840 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.09 · Shirah Namvar | 1,564,071 | - | 29,385,911 | - | - |
| General Journal | 06/30/05 | | Beshmada of Delaware, LLC | 132.09 · Shirah Namvar | - | - | 29,385,911 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 10,482,058 | - | 39,867,969 | - | - |
| General Journal | 06/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 216,893 | - | 40,084,862 | - | - |
| General Journal | 08/31/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 950,000 | - | 41,034,862 | 62 | 552,280 |
| General Journal | 09/15/05 | | Shirah, Namvar | 132.09 · Shirah Namvar | 84,811 | - | 41,119,673 | 15 | 136,783 |
| General Journal | 09/21/05 | | Beshmada LLC | 132.09 · Shirah Namvar | - | 132,500 | 40,987,173 | 6 | 54,826 |
| General Journal | 09/22/05 | | Shirah, Namvar | 132.09 · Shirah Namvar | 364,586 | - | 41,351,759 | 1 | 9,108 |
| General Journal | 09/30/05 | | westland group | 132.09 · Shirah Namvar | 1,167,320 | - | 42,519,080 | 8 | 73,514 |
| General Journal | 09/30/05 | | Dynasty Tower-Pinkie's | 132.09 · Shirah Namvar | 209,381 | - | 42,728,461 | - | - |
| General Journal | 09/30/05 | | Windmill Market, LLC | 132.09 · Shirah Namvar | 113,891 | - | 42,842,352 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 708,758 | - | 43,551,109 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 77,124 | - | 43,628,233 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 1,025,408 | - | 44,653,641 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 25,110 | - | 44,678,752 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 547,788 | - | 45,226,539 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 313,655 | - | 45,540,194 | - | - |
| General Journal | 09/30/05 | | Beshmada of Delaware, LLC | 132.09 · Shirah Namvar | - | 39,270 | 45,500,924 | - | - |
| General Journal | 09/30/05 | | Beshmada of Delaware, LLC | 132.09 · Shirah Namvar | 237,521 | - | 45,738,445 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 3,248,694 | - | 48,987,139 | - | - |
| General Journal | 09/30/05 | | Beshmada LLC | 132.09 · Shirah Namvar | 1,253,765 | - | 50,240,904 | - | - |
| Check | 10/17/05 | 47681 | Shirah, Namvar | 132.09 · Shirah Namvar | 161,461 | - | 50,402,365 | 17 | 189,799 |

EXHIBIT X
083

| | Transactions Extracted Directly from QuickBooks | | | | | | | Interest Calculation | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
| Check | 10/17/05 | 47682 | Shirah, Namvar | 132.09 · Shirah Namvar | 222,782 | - | 50,625,147 | - | - |
| Check | 12/21/05 | 48204 | Shirah, Namvar | 132.09 · Shirah Namvar | 8,400 | - | 50,633,547 | 65 | 731,252 |
| Deposit | 12/27/05 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 8,400 | 50,625,147 | 6 | 67,511 |
| Check | 12/30/05 | 48267 | Shirah, Namvar | 132.09 · Shirah Namvar | 450,000 | - | 51,075,147 | 3 | 33,750 |
| Deposit | 01/17/06 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 250,000 | 50,825,147 | 18 | 204,301 |
| Deposit | 01/25/06 | | Shirah, Namvar | 132.09 · Shirah Namvar | - | 375,000 | 50,450,147 | 8 | 90,356 |
| Check | 04/17/06 | 49021 | Shirah, Namvar | 132.09 · Shirah Namvar | 125,000 | - | 50,575,147 | 82 | 919,314 |
| Check | 04/17/06 | 49022 | Shirah, Namvar | 132.09 · Shirah Namvar | 75,000 | - | 50,650,147 | - | - |
| Deposit | 06/02/06 | Dep | Shirah, Namvar | 132.09 · Shirah Namvar | - | 400,000 | 50,250,147 | 46 | 517,757 |
| Check | 06/16/06 | 49437 | Shirah, Namvar | 132.09 · Shirah Namvar | 140,000 | - | 50,390,147 | 14 | 156,334 |
| Check | 01/23/07 | 50838 | Shirah, Namvar | 132.09 · Shirah Namvar | 220,000 | - | 50,610,147 | 221 | 2,474,716 |
| Check | 04/17/07 | 51499 | Shirah, Namvar | 132.09 · Shirah Namvar | 400,000 | - | 51,010,147 | 84 | 944,723 |
| Check | 04/17/07 | 51503 | Shirah, Namvar | 132.09 · Shirah Namvar | 100,000 | - | 51,110,147 | - | - |
| Check | 05/04/07 | 51661 | Shirah, Namvar | 132.09 · Shirah Namvar | 2,000 | - | 51,112,147 | 17 | 193,083 |
| Check | 08/29/07 | 52370 | Shirah, Namvar | 132.09 · Shirah Namvar | 20,000 | - | 51,132,147 | 117 | 1,328,916 |
| Check | 01/22/08 | 53279 | Shirah, Namvar | 132.09 · Shirah Namvar | 130,000 | - | 51,262,147 | 146 | 1,658,954 |
| Deposit | 07/17/08 | Dep | Shirah, Namvar | 132.09 · Shirah Namvar | - | 19,000 | 51,243,147 | 177 | 2,016,311 |
| | 10/29/13 | | | | | | | 1,930 | 21,977,616 |
| | | | | Totals | $ 56,822,009 | $ 5,578,862 | | | |
| Deposit | 11/02/98 | Deposit | Shirah, Namvar | 605.00 · Interest Income | - | (1,800) | | | (1,800) |
| Deposit | 01/13/99 | | Shirah, Namvar | 605.00 · Interest Income | - | (35,000) | | | (35,000) |
| Deposit | 06/18/99 | | Shirah, Namvar | 605.00 · Interest Income | - | (30,000) | | | (30,000) |
| Deposit | 12/21/99 | | Shirah, Namvar | 605.00 · Interest Income | - | (35,000) | | | (35,000) |
| Deposit | 12/29/00 | | Shirah, Namvar | 605.00 · Interest Income | - | (25,000) | | | (25,000) |
| General Journal | 10/22/01 | | Shirah, Namvar | 605.00 · Interest Income | - | (12,286) | | | (12,286) |
| Deposit | 05/23/02 | | Shirah, Namvar | 605.00 · Interest Income | - | (100,000) | | | (100,000) |
| Deposit | 06/03/02 | | Fresman | 605.00 · Interest Income | - | (3,500) | | | (3,500) |
| Deposit | 06/11/02 | | Shirah, Namvar | 605.00 · Interest Income | - | (5,600) | | | (5,600) |
| Deposit | 06/11/02 | | Shirah, Namvar | 605.00 · Interest Income | - | (4,900) | | | (4,900) |
| Deposit | 10/09/02 | | Shirah, Namvar | 605.00 · Interest Income | - | (14,000) | | | (14,000) |
| Deposit | 12/04/02 | | Namvar, Shirah | 605.00 · Interest Income | - | (35,000) | | | (35,000) |
| General Journal | 07/20/04 | 15 | Shira Namvar | 605.00 · Interest Income | - | 5,307 | | | 5,307 |
| Deposit | 12/29/05 | | Shirah, Namvar | 605.00 · Interest Income | - | (35,000) | | | (35,000) |
| Deposit | 12/30/05 | | Shirah, Namvar | 605.00 · Interest Income | - | (450,000) | | | (450,000) |
| Deposit | 01/06/06 | | Shirah, Namvar | 605.00 · Interest Income | - | (750,000) | | | (750,000) |
| Deposit | 01/12/06 | | Shirah, Namvar | 605.00 · Interest Income | - | (865,000) | | | (865,000) |
| Deposit | 05/12/06 | Dep | Shirah, Namvar | 605.00 · Interest Income | - | (95,000) | | | (95,000) |
| Deposit | 11/20/06 | Dep | Shirah, Namvar | 605.00 · Interest Income | - | (160,000) | | | (160,000) |
| Deposit | 12/29/06 | Dep | Shirah, Namvar | 605.00 · Interest Income | - | (285,000) | | | (285,000) |
| Deposit | 06/01/07 | Dep | Shirah, Namvar | 605.00 · Interest Income | - | (850,000) | | | (850,000) |
| Deposit | 08/08/07 | Dep | Shirah, Namvar | 605.00 · Interest Income | - | (45,000) | | | (45,000) |

EXHIBIT X

084

Page 4 of 5

**Transactions Extracted Directly from QuickBooks**     **Interest Calculation**

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Deposit | 12/12/07 | Dep | Shirah, Namvar | 605.00 · Interest Income | - | (610,000) | | | (610,000) |
| Deposit | 06/05/08 | Dep | Ezri Namvar as Custodian for Shirah Nan | 605.00 · Interest Income | - | (150,000) | | | (150,000) |
| Deposit | 07/16/08 | Dep | Shirah, Namvar. | 605.00 · Interest Income | - | (16,000) | | | (16,000) |
| Deposit | 10/17/08 | Dep | Shirah, Namvar. | 605.00 · Interest Income | - | (28,000) | | | (28,000) |
| Deposit | 11/07/08 | 3271 | -MULTIPLE- | 605.00 · Interest Income | - | (3,000) | | | (3,000) |
| | | | | | | | | | $ 31,197,112 |

Total Unpaid Principal and Accrued Interest     $ 82,440,259

EXHIBIT X
085