# EXHIBIT Y

**Transactions Extracted Directly from QuickBooks** — **Interest Calculation**

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 01/16/02 | | Heln Shadi | 131.16 · Helen Shadi | $ 300,000 | $ - | $ 300,000 | | |
| General Journal | 10/17/03 | Deposit | Heln Shadi | 131.16 · Helen Shadi | - | 300,000 | - | 639 | $ 42,600 |
| Check | 03/18/04 | | Shadi, Helen | 131.16 · Helen Shadi | 200,000 | - | 200,000 | 153 | - |
| Check | 11/08/05 | DEP | Shadi, Helen | 131.16 · Helen Shadi | 566,477 | - | 766,477 | 600 | 26,667 |
| Check | 10/13/06 | | Shadi, Helen | 131.16 · Helen Shadi | 627 | - | 767,104 | 339 | 57,741 |
| Check | 12/11/06 | 1280 | Shadi, Helen | 131.16 · Helen Shadi | 3,077 | - | 770,181 | 59 | 10,058 |
| Check | 01/09/07 | | Shadi, Helen | 131.16 · Helen Shadi | 1,151 | - | 771,331 | 29 | 4,963 |
| Check | 02/08/07 | | Shadi, Helen | 131.16 · Helen Shadi | 1,128 | - | 772,460 | 30 | 5,142 |
| Check | 03/12/07 | 40153 | Shadi, Helen | 131.16 · Helen Shadi | 221 | - | 772,681 | 32 | 5,493 |
| Check | 04/09/07 | | Shadi, Helen | 131.16 · Helen Shadi | 16,433 | - | 789,113 | 28 | 4,808 |
| Deposit | 04/16/07 | | Shadi, Helen | 131.16 · Helen Shadi | - | 6,168 | 782,945 | 7 | 1,228 |
| Check | 04/16/07 | DEP | Shadi, Helen | 131.16 · Helen Shadi | 1,109 | - | 784,054 | - | - |
| Deposit | 05/15/07 | DEP | Shadi, Helen | 131.16 · Helen Shadi | - | 16,121 | 767,933 | 29 | 5,053 |
| Deposit | 12/23/08 | DEP | | 311.25 · Helen Shadi | | 29,173 | 738,760 | 588 | 100,343 |
| | 10/29/13 | | | | | | | 1771 | 290,743 |
| | | | Totals | | $ 1,090,222 | $ 351,462 | | | $ 554,839 |

Total Unpaid Principal and Accrued Interest      $ 1,293,599

EXHIBIT Y 087