# EXHIBIT Z

Transactions Extracted Directly from QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Check | 02/04/02 | 42351 | Namco 8 LLC | 151.75 · Namco 8 LLC | $ 438 | $ - | $ 438 | | |
| Check | 02/12/02 | 42377 | Namco 8 LLC | 151.75 · Namco 8 LLC | 96 | - | 534 | 8 | $ 1 |
| General Journ | 03/21/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,000,000 | - | 5,000,534 | 37 | 4 |
| Deposit | 03/26/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 800,000 | 4,200,534 | 5 | 5,556 |
| General Journ | 03/27/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | 3,000,000 | - | 7,200,534 | 1 | 933 |
| Check | 04/05/02 | 42564 | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,750 | - | 7,206,284 | 9 | 14,401 |
| Check | 04/18/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | 3,200,000 | - | 10,406,284 | 13 | 20,818 |
| Deposit | 04/26/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 2,000,000 | 8,406,284 | 8 | 18,500 |
| Check | 05/03/02 | 342 | Namco 8 LLC | 151.75 · Namco 8 LLC | 2,500,000 | - | 10,906,284 | 7 | 13,076 |
| Check | 05/07/02 | 42671 | Namco 8 LLC | 151.75 · Namco 8 LLC | 26,000 | - | 10,932,284 | 4 | 9,694 |
| Check | 05/15/02 | 42693 | Namco 8 LLC | 151.75 · Namco 8 LLC | 10,000 | - | 10,942,284 | 8 | 19,435 |
| Deposit | 05/17/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 1,000,000 | 9,942,284 | 2 | 4,863 |
| Check | 05/20/02 | 42703 | Namco 8 LLC | 151.75 · Namco 8 LLC | 25,000 | - | 9,967,284 | 3 | 6,628 |
| Check | 06/03/02 | 42746 | Namco 8 LLC | 151.75 · Namco 8 LLC | 150,000 | - | 10,117,284 | 14 | 31,009 |
| Deposit | 06/11/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 3,200,000 | 6,917,284 | 8 | 17,986 |
| Check | 06/20/02 | 42790 | Namco 8 LLC | 151.75 · Namco 8 LLC | 1,000,000 | - | 7,917,284 | 9 | 13,835 |
| General Journ | 06/26/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 496,083 | 7,421,201 | 6 | 10,556 |
| General Journ | 07/03/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | 10,000,000 | - | 17,421,201 | 7 | 11,544 |
| Check | 07/10/02 | 42878 | Namco 8 LLC | 151.75 · Namco 8 LLC | 17,000 | - | 17,438,201 | 7 | 27,100 |
| Check | 07/16/02 | 42898 | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,700 | - | 17,443,901 | 6 | 23,251 |
| Check | 07/24/02 | 42924 | Namco 8 LLC | 151.75 · Namco 8 LLC | 143,000 | - | 17,586,901 | 8 | 31,011 |
| Check | 07/31/02 | 42940 | Namco 8 LLC | 151.75 · Namco 8 LLC | 6,500 | - | 17,593,401 | 7 | 27,357 |
| Check | 08/01/02 | 42951 | Namco 8 LLC | 151.75 · Namco 8 LLC | 137,300 | - | 17,730,701 | 1 | 3,910 |
| General Journ | 08/05/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 3,630,000 | 14,100,701 | 4 | 15,761 |
| Check | 08/07/02 | 42970 | Namco 8 LLC | 151.75 · Namco 8 LLC | 273,000 | - | 14,373,701 | 2 | 6,267 |
| General Journ | 08/08/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 5,835,000 | 8,538,701 | 1 | 3,194 |
| Check | 09/05/02 | 43059 | Namco 8 LLC | 151.75 · Namco 8 LLC | 270,000 | - | 8,808,701 | 28 | 53,130 |
| Check | 09/10/02 | 43074 | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,500 | - | 8,814,201 | 5 | 9,787 |
| Check | 09/13/02 | 43087 | Namco 8 LLC | 151.75 · Namco 8 LLC | 25,000 | - | 8,839,201 | 3 | 5,876 |
| Deposit | 10/01/02 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 248,843 | 8,590,358 | 18 | 35,357 |
| Check | 10/07/02 | 43155 | Namco 8 LLC | 151.75 · Namco 8 LLC | 40,000 | - | 8,630,358 | 6 | 11,454 |
| Check | 10/15/02 | 43183 | Namco 8 LLC | 151.75 · Namco 8 LLC | 360,000 | - | 8,990,358 | 8 | 15,343 |
| Check | 12/02/02 | 43324 | Namco 8 LLC | 151.75 · Namco 8 LLC | 245,000 | - | 9,235,358 | 48 | 95,897 |
| Check | 01/15/03 | 43458 | Namco 8 LLC | 151.75 · Namco 8 LLC | 110,000 | - | 9,345,358 | 44 | 90,301 |
| Check | 01/23/03 | 43484 | Namco 8 LLC | 151.75 · Namco 8 LLC | 30,000 | - | 9,375,358 | 8 | 16,614 |
| Check | 01/24/03 | 43491 | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,000 | - | 9,380,358 | 1 | 2,083 |
| Check | 01/28/03 | 43495 | Namco 8 LLC | 151.75 · Namco 8 LLC | 21,199 | - | 9,401,557 | 4 | 8,338 |
| Check | 02/24/03 | 43551 | Namco 8 LLC | 151.75 · Namco 8 LLC | 24,000 | - | 9,425,557 | 27 | 56,409 |
| Check | 02/27/03 | 43565 | Namco 8 LLC | 151.75 · Namco 8 LLC | 35,000 | - | 9,460,557 | 3 | 6,284 |
| Check | 03/10/03 | 43596 | Namco 8 LLC | 151.75 · Namco 8 LLC | 15,000 | - | 9,475,557 | 11 | 23,126 |
| Check | 03/17/03 | 43614 | Namco 8 LLC | 151.75 · Namco 8 LLC | 25,000 | - | 9,500,557 | 7 | 14,740 |
| Check | 03/21/03 | 43625 | Namco 8 LLC | 151.75 · Namco 8 LLC | 10,000 | - | 9,510,557 | 4 | 8,445 |
| Check | 03/31/03 | 43651 | Namco 8 LLC | 151.75 · Namco 8 LLC | 6,000 | - | 9,516,557 | 10 | 21,135 |

**Transactions Extracted Directly from QuickBooks**     **Interest Calculation**

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Check | 04/07/03 | 43690 | Namco 8 LLC | 151.75 · Namco 8 LLC | 25,000 | - | 9,541,557 | 7 | 14,804 |
| Check | 04/14/03 | 43708 | Namco 8 LLC | 151.75 · Namco 8 LLC | 25,000 | - | 9,566,557 | 7 | 14,842 |
| Check | 04/25/03 | 43742 | Namco 8 LLC | 151.75 · Namco 8 LLC | 10,000 | - | 9,576,557 | 11 | 23,385 |
| Check | 04/28/03 | 43748 | Namco 8 LLC | 151.75 · Namco 8 LLC | 210,000 | - | 9,786,557 | 3 | 6,384 |
| Check | 05/06/03 | 43781 | Namco 8 LLC | 151.75 · Namco 8 LLC | 100,000 | - | 9,886,557 | 8 | 17,398 |
| Check | 05/12/03 | 43806 | Namco 8 LLC | 151.75 · Namco 8 LLC | 15,000 | - | 9,901,557 | 6 | 13,182 |
| Check | 05/20/03 | 43830 | Namco 8 LLC | 151.75 · Namco 8 LLC | 10,000 | - | 9,911,557 | 8 | 17,603 |
| Check | 05/27/03 | 43839 | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,000 | - | 9,916,557 | 7 | 15,418 |
| Check | 06/02/03 | 43861 | Namco 8 LLC | 151.75 · Namco 8 LLC | 10,000 | - | 9,926,557 | 6 | 13,222 |
| Deposit | 06/03/03 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 80,000 | 9,846,557 | 1 | 2,206 |
| Deposit | 06/04/03 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 205,206 | 9,641,350 | 1 | 2,188 |
| Check | 06/09/03 | 43880 | Namco 8 LLC | 151.75 · Namco 8 LLC | 40,000 | - | 9,681,350 | 5 | 10,713 |
| Check | 06/17/03 | 43915 | Namco 8 LLC | 151.75 · Namco 8 LLC | 50,000 | - | 9,731,350 | 8 | 17,211 |
| Check | 06/24/03 | 43937 | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,000 | - | 9,736,350 | 7 | 15,138 |
| Check | 07/01/03 | 43955 | Namco 8 LLC | 151.75 · Namco 8 LLC | 55,000 | - | 9,791,350 | 7 | 15,145 |
| Check | 07/07/03 | 43975 | Namco 8 LLC | 151.75 · Namco 8 LLC | 35,000 | - | 9,826,350 | 6 | 13,055 |
| Check | 07/18/03 | 44019 | Namco 8 LLC | 151.75 · Namco 8 LLC | 20,000 | - | 9,846,350 | 11 | 24,020 |
| Check | 07/22/03 | 44029 | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,000 | - | 9,851,350 | 4 | 8,752 |
| Check | 07/29/03 | 44046 | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,000 | - | 9,856,350 | 7 | 15,324 |
| Check | 08/01/03 | 44068 | Namco 8 LLC | 151.75 · Namco 8 LLC | 25,000 | - | 9,881,350 | 3 | 6,571 |
| Check | 08/04/03 | 44077 | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,000 | - | 9,886,350 | 3 | 6,588 |
| Check | 08/15/03 | 44135 | Namco 8 LLC | 151.75 · Namco 8 LLC | 10,000 | - | 9,896,350 | 11 | 24,167 |
| Check | 08/19/03 | 44142 | Namco 8 LLC | 151.75 · Namco 8 LLC | 30,000 | - | 9,926,350 | 4 | 8,797 |
| Check | 09/04/03 | 44201 | Namco 8 LLC | 151.75 · Namco 8 LLC | 30,000 | - | 9,956,350 | 16 | 35,294 |
| Check | 09/05/03 | 44212 | Namco 8 LLC | 151.75 · Namco 8 LLC | 30,000 | - | 9,986,350 | 1 | 2,213 |
| Check | 09/15/03 | 44241 | Namco 8 LLC | 151.75 · Namco 8 LLC | 7,500 | - | 9,993,850 | 10 | 22,192 |
| Check | 09/26/03 | 44268 | Namco 8 LLC | 151.75 · Namco 8 LLC | 30,000 | - | 10,023,850 | 11 | 24,429 |
| Check | 10/20/03 | 44337 | Namco 8 LLC | 151.75 · Namco 8 LLC | 5,000 | - | 10,028,850 | 24 | 53,461 |
| Check | 11/03/03 | 44394 | Namco 8 LLC | 151.75 · Namco 8 LLC | 7,500 | - | 10,036,350 | 14 | 31,201 |
| Check | 12/23/03 | 44682 | Namco 8 LLC | 151.75 · Namco 8 LLC | 30,000 | - | 10,066,350 | 50 | 111,515 |
| General Journ | 06/29/04 | | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 473,575 | 9,592,775 | 189 | 422,787 |
| Check | 10/16/06 | 50156 | Namco 8 LLC | 151.75 · Namco 8 LLC | 1,500,000 | - | 11,092,775 | 839 | 1,788,520 |
| Check | 12/18/06 | 50584 | Namco 8 LLC | 151.75 · Namco 8 LLC | 119 | - | 11,092,894 | 63 | 155,299 |
| General Journ | 12/31/06 | | Red Feather LLC. | 151.75 · Namco 8 LLC | - | 476,059 | 10,616,835 | 13 | 32,046 |
| Check | 08/16/07 | 52309 | Namco 8 LLC | 151.75 · Namco 8 LLC | 238 | - | 10,617,073 | 228 | 537,920 |
| Deposit | 02/11/08 | R.Dep | Namco 8 LLC | 151.75 · Namco 8 LLC | - | 150,000 | 10,467,073 | 179 | 422,324 |
| Check | 04/24/08 | 53904 | Namco 8 LLC | 151.75 · Namco 8 LLC | 750 | - | 10,467,823 | 73 | 169,799 |
| Check | 05/28/08 | 54095 | Namco 8 LLC | 151.75 · Namco 8 LLC | 20 | - | 10,467,843 | 34 | 79,090 |
| | 10/29/13 | | | | | | | 1,980 | 4,605,851 |
| | | | | Totals | $ 29,062,610 | $ 18,594,767 | | | |
| Deposit | 10/01/02 | | Namco 8 LLC | 605.00 · Interest Income | - | (391,157) | | | (391,157) |

EXHIBIT Z

090

Transactions Extracted Directly from QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Deposit | 09/15/03 | | Namco 8 LLC | 605.00 · Interest Income | - | (6,000) | | | (6,000) |
| Deposit | 11/06/03 | | Namco 8 LLC | 605.00 · Interest Income | - | (3,000) | | | (3,000) |
| Deposit | 11/26/03 | | Namco 8 LLC | 605.00 · Interest Income | - | (3,000) | | | (3,000) |
| Deposit | 01/12/04 | | Namco 8 LLC | 605.00 · Interest Income | - | (3,000) | | | (3,000) |
| Deposit | 01/23/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (3,000) | | | (3,000) |
| Deposit | 02/17/04 | | Namco 8 LLC | 607.00 · Other Income | - | 3,388 | | | 3,388 |
| Deposit | 02/17/04 | | AltCom Group, LLC | 607.00 · Other Income | - | (2,420) | | | (2,420) |
| Deposit | 02/17/04 | | AltCom Group, LLC | 607.00 · Other Income | - | (968) | | | (968) |
| Deposit | 02/17/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (3,000) | | | (3,000) |
| Deposit | 03/12/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (3,000) | | | (3,000) |
| Deposit | 03/17/04 | | Namco 8 LLC | 607.00 · Other Income | - | 968 | | | 968 |
| Deposit | 03/17/04 | | AltCom Group, LLC | 607.00 · Other Income | - | (968) | | | (968) |
| Deposit | 04/20/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (3,000) | | | (3,000) |
| Deposit | 05/14/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (3,000) | | | (3,000) |
| Deposit | 05/17/04 | | AltCom Group, LLC | 607.00 · Other Income | - | (968) | | | (968) |
| Deposit | 06/11/04 | | AltCom Group, LLC | 607.00 · Other Income | - | (968) | | | (968) |
| Deposit | 06/29/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (1,000) | | | (1,000) |
| Deposit | 07/28/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (2,000) | | | (2,000) |
| Deposit | 09/08/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (4,333) | | | (4,333) |
| Deposit | 09/29/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (5,667) | | | (5,667) |
| Deposit | 11/18/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (2,667) | | | (2,667) |
| Deposit | 12/28/04 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (2,667) | | | (2,667) |
| Deposit | 01/25/05 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (2,667) | | | (2,667) |
| Deposit | 03/07/05 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (2,667) | | | (2,667) |
| Deposit | 03/24/05 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (2,667) | | | (2,667) |
| Deposit | 05/02/05 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (2,667) | | | (2,667) |
| Deposit | 04/17/06 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (5,000) | | | (5,000) |
| Deposit | 06/19/06 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (5,000) | | | (5,000) |
| Deposit | 06/26/06 | | Top Remodeling Inc. | 605.00 · Interest Income | - | (5,000) | | | (5,000) |
| Deposit | 02/11/08 | | Namco 8 LLC | 605.00 · Interest Income | - | (50,000) | | | (50,000) |
| Deposit | 04/08/08 | | Namco 8 LLC | 605.00 · Interest Income | - | (100,000) | | | (100,000) |
| Deposit | 05/12/08 | | Namco 8 LLC | 605.00 · Interest Income | - | (50,000) | | | (50,000) |
| Deposit | 06/06/08 | | Namco 8 LLC | 605.00 · Interest Income | - | (30,000) | | | (30,000) |
| Deposit | 07/09/08 | | Namco 8 LLC | 605.00 · Interest Income | - | (80,000) | | | (80,000) |
| Deposit | 09/09/08 | | Namco 8 LLC | 605.00 · Interest Income | - | (65,000) | | | (65,000) |
| Deposit | 10/10/08 | | Namco 8 LLC | 605.00 · Interest Income | - | (70,000) | | | (70,000) |
| Deposit | 11/17/08 | | Namco 8 LLC | 605.00 · Interest Income | - | (50,000) | | | (50,000) |
| | | | | | | | | $ | 8,648,971 |

Total Unpaid Principal and Accrued Interest    $ 19,116,815

EXHIBIT Z

091