# EXHIBIT AA

Transactions Extracted Directly from QuickBooks — Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Check | 01/12/04 | 44747 | Namco 8 LLC | 151.96 · Maram Holdings LLC (Redfeather) | $ 10,000 | $ - | $ 10,000 | | |
| Check | 01/26/04 | 44787 | Namco 8 LLC | 151.96 · Maram Holdings LLC (Redfeather) | 15,000 | - | 25,000 | 14 | $ 31 |
| Check | 02/17/04 | 44876 | Namco 8 LLC | 151.96 · Maram Holdings LLC (Redfeather) | 7,500 | - | 32,500 | 22 | 122 |
| Check | 02/27/04 | 44915 | Namco 8 LLC | 151.96 · Maram Holdings LLC (Redfeather) | 50,000 | - | 82,500 | 10 | 72 |
| Check | 03/16/04 | 44963 | Namco 8 LLC | 151.96 · Maram Holdings LLC (Redfeather) | 140,000 | - | 222,500 | 18 | 330 |
| Check | 03/31/04 | 45009 | Namco 8 LLC | 151.96 · Maram Holdings LLC (Redfeather) | 75,000 | - | 297,500 | 15 | 742 |
| Check | 04/19/04 | 45085 | Namco 8 LLC | 151.96 · Maram Holdings LLC (Redfeather) | 55,000 | - | 352,500 | 19 | 1,256 |
| Check | 04/26/04 | 45104 | Namco 8 LLC | 151.96 · Maram Holdings LLC (Redfeather) | 18,000 | - | 370,500 | 7 | 548 |
| Check | 05/07/04 | 45157 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 40,000 | - | 410,500 | 11 | 906 |
| Check | 05/19/04 | 45188 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 85,000 | - | 495,500 | 12 | 1,095 |
| Check | 05/25/04 | 45217 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 30,000 | - | 525,500 | 6 | 661 |
| Check | 06/22/04 | 45313 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 70,000 | - | 595,500 | 28 | 3,270 |
| Check | 07/08/04 | 45366 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 65,000 | - | 660,500 | 16 | 2,117 |
| Check | 08/02/04 | 45441 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 90,000 | - | 750,500 | 25 | 3,669 |
| Check | 08/06/04 | 45545 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 20,000 | - | 770,500 | 4 | 667 |
| Check | 09/03/04 | 45553 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 35,000 | - | 805,500 | 28 | 4,794 |
| Check | 09/21/04 | 45612 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 95,000 | - | 900,500 | 18 | 3,222 |
| Check | 10/06/04 | 45662 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 100,000 | - | 1,000,500 | 15 | 3,002 |
| Check | 11/03/04 | 45776 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 15,000 | - | 1,015,500 | 28 | 6,225 |
| Check | 11/19/04 | 45859 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 40,000 | - | 1,055,500 | 16 | 3,611 |
| Check | 11/30/04 | 45897 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 90,000 | - | 1,145,500 | 11 | 2,580 |
| Check | 12/21/04 | 46006 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 40,000 | - | 1,185,500 | 21 | 5,346 |
| Check | 01/04/05 | 46080 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 25,000 | - | 1,210,500 | 14 | 3,688 |
| Check | 01/05/05 | 46088 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 26,000 | - | 1,236,500 | 1 | 269 |
| Check | 01/12/05 | 46126 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 100,000 | - | 1,336,500 | 7 | 1,923 |
| Check | 01/26/05 | 46196 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 45,000 | - | 1,381,500 | 14 | 4,158 |
| Check | 02/18/05 | 46311 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 50,000 | - | 1,431,500 | 23 | 7,061 |
| Check | 03/02/05 | 46369 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 30,000 | - | 1,461,500 | 12 | 3,817 |
| Check | 03/28/05 | 46492 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 60,000 | - | 1,521,500 | 26 | 8,444 |
| Check | 03/31/05 | 46511 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 150,000 | - | 1,671,500 | 3 | 1,014 |
| Check | 04/26/05 | 46654 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 50,000 | - | 1,721,500 | 26 | 9,658 |
| Check | 05/03/05 | 46696 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 45,000 | - | 1,766,500 | 7 | 2,678 |
| Check | 05/05/05 | 46715 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 120,000 | - | 1,886,500 | 2 | 785 |
| Check | 05/17/05 | 46770 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 20,000 | - | 1,906,500 | 12 | 5,031 |
| Check | 05/20/05 | 46794 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 15,000 | - | 1,921,500 | 3 | 1,271 |
| Check | 06/07/05 | 46877 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 20,000 | - | 1,941,500 | 18 | 7,686 |
| Check | 06/16/05 | 46929 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 100,000 | - | 2,041,500 | 9 | 3,883 |
| Check | 06/22/05 | 46978 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 10,000 | - | 2,051,500 | 6 | 2,722 |
| Check | 07/12/05 | 47091 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 10,000 | - | 2,061,500 | 20 | 9,118 |
| Check | 07/25/05 | 47158 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | - | - | 2,061,500 | 13 | 5,955 |
| Check | 07/25/05 | 47159 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 40,000 | - | 2,101,500 | - | - |
| Check | 08/01/05 | 47184 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 30,000 | - | 2,131,500 | 7 | 3,269 |
| Check | 08/04/05 | 47216 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 35,000 | - | 2,166,500 | 3 | 1,421 |

Transactions Extracted Directly from QuickBooks                                    Interest Calculation

| Transaction Type | Date | Check # | Name | Account | Debit | Credit | Principal Balance | Days | Accrued/Unpaid Interest @ 8% |
|---|---|---|---|---|---|---|---|---|---|
| Check | 08/16/05 | 47286 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 85,000 | - | 2,251,500 | 12 | 5,777 |
| Check | 08/30/05 | 47367 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 85,000 | - | 2,336,500 | 14 | 7,005 |
| Check | 09/09/05 | 47441 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 45,000 | - | 2,381,500 | 10 | 5,192 |
| Check | 09/20/05 | 47494 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 40,000 | - | 2,421,500 | 11 | 5,821 |
| Check | 09/26/05 | 47539 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 15,000 | - | 2,436,500 | 6 | 3,229 |
| Check | 10/10/05 | 47602 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 35,000 | - | 2,471,500 | 14 | 7,580 |
| Check | 10/14/05 | 47639 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 55,000 | - | 2,526,500 | 4 | 2,197 |
| Check | 11/02/05 | 47803 | Maram Holdings LLC (Redfeather) | 151.96 · Maram Holdings LLC (Redfeather) | 25,000 | - | 2,551,500 | 19 | 10,667 |
| General Journal | 09/29/06 | 0 | Red Feather LLC. | 151.96A · Westland - Red Feather | 29,700 | - | 2,581,200 | 331 | 187,677 |
| Check | 11/22/06 | Wire Out | westland group | 151.96A · Westland - Red Feather | 100,000 | - | 2,681,200 | 54 | 30,974 |
| General Journal | 12/31/06 | 0 | Pico 26 | 151.51R · Pico Red Feather | 3,480,156 | - | 6,161,356 | 39 | 23,237 |
| General Journal | 12/31/06 | | Namco 8 LLC | 151.96 · Maram Holdings LLC (Redfeather) | - | 2,551,500 | 3,609,856 | - | - |
| General Journal | 12/31/06 | 0 | Red Feather LLC. | 151.96A · Westland - Red Feather | | 452,597 | 3,157,259 | - | - |
| Check | 05/30/07 | 0 | Red Feather LLC. | 151.51R · Pico Red Feather | 82,000 | - | 3,239,259 | 150 | 105,242 |
| Check | 07/03/07 | Wire Out | Red Feather LLC. | 151.51R · Pico Red Feather | 211,197 | - | 3,450,456 | 34 | 24,474 |
| | 10/29/13 | | | | | | | 2,310 | 1,771,234 |
| | | | | Totals | $ 6,454,553 | $ 3,004,097 | | | |
| | | | | | | | | | |
| Deposit | 06/26/06 | | Red Feather Center LLC | 605.00 · Interest Income | - | (40,000) | | | (40,000) |
| Deposit | 08/07/06 | | Red Feather Center LLC | 605.00 · Interest Income | - | (40,000) | | | (40,000) |
| Deposit | 09/08/06 | | Red Feather Center LLC | 605.00 · Interest Income | - | (15,000) | | | (15,000) |
| | | | | | | | | | $ 2,223,426 |

Total Unpaid Principal and Accrued Interest    $ 5,673,881