# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: NAMCO CAPITAL GROUP, INC., a California corporation,<br>　　　　　Debtor. | Case No.: 2:11-cv-05320-GAF<br><br>Chapter 11<br>Bankr. Case No.: 2:08-bk-32333-BR<br>Adv. Proc. No.: 2:10-ap-02945-BR |
| BRADLEY D. SHARP, solely in his capacity as Chapter 11 Trustee of NAMCO CAPITAL GROUP, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MOUSA NAMVAR, *et al.*,<br><br>　　　　　Defendants. | [PROPOSED]<br><br>**ORDER GRANTING MOTION BY DEFENDANTS TO EXCLUDE EXPERT REPORT AND TESTIMONY OF DAVID JUDD**<br><br>Date: October 21, 2013<br>Time: 10:00 a.m.<br>Ctrm: 740<br><br>Discovery Cutoff: July 26, 2013<br>Pretrial Conf.: September 23, 2013<br>Trial: October 29, 2013<br><br>Judge: Hon. Gary A. Feess<br>Magistrate: Hon. Carla Woehrle |

1

The Court, having reviewed the Motion in Limine by Defendants Mousa Namvar, Magdiel, LLC, DGADE of Delaware, LLC, Namco 8, LLC, Bunherst, LLC and Wishlab 90, LLC ("Mousa Defendants") for an order excluding at trial presentation of any evidence the Expert Report and testimony of David Judd and the Joinder in that motion by Defendants Lacy 20, LLC, Hooshang Namvar, Homayoun Namvar, Ramin Namvar, Trifish, LLC, Tribun, LLC, Believers, LLC, Net, LLC, Light Source Management, LLC and Woodman Partners, and having reviewed the papers filed by plaintiff Bradley D. Sharp (the "Plaintiff"), the Chapter 11 Trustee of Namco Capital, Inc. ("Namco") in opposition thereto, and having reviewed the reply papers, and having heard oral argument on the matter, hereby grants the Motion and orders as follows:

IT IS HEREBY ORDERED that in the the trial of this matter Plaintiff is precluded from introducing any and all evidence, references to evidence, testimony or argument relating to the Expert Report or testimony of David Judd.

Dated: _____

_____
HON. GARY A. FEESS
United States District Judge

2

Submitted by:

**PAUL T. DYE (State Bar No. 81753)**
E-Mail: ptd@srblaw.com
**Genise R. Reiter (State Bar No. 80578)**
E-Mail: grr@srblaw.com
**SALTZBURG, RAY & BERGMAN, LLP**
12121 Wilshire Boulevard
Suite 600
Los Angeles, California 90025-1166
(310) 481-6700 – Fax: (310) 481-6720

**Attorneys for Defendants** Lacy 20, LLC, Hooshang Namvar, Homayoun Namvar, Ramin Namvar, Trifish, LLC, Tribun, LLC, Believers, LLC, Net, LLC, Light Source Management, LLC, Woodman Partners, LLC

3