Dean A. Ziehl (CA Bar No. 84529)
Alan J. Kornfeld (CA Bar No. 130063)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dziehl@pszjlaw.com
         gbrown@pszjlaw.com

Special Counsel for Plaintiff Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>    Debtor. | Case No. 2:11-cv-05320-GAF (CWx)<br><br>Chapter 11<br><br>Bankr. Case No. 2:08-bk-32333-BR<br><br>Bankr. Adv. No. 2:10-ap-02945-BR |
| BRADLEY D. SHARP, solely in his capacity as Chapter 11 Trustee of NAMCO CAPITAL GROUP, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MOUSA NAMVAR, *et al.*,<br><br>    Defendants. | **TRUSTEE'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE AND REFERENCES TO NAMCO CAPITAL GROUP, INC.'S PURPORTED PAYMENT(S) FOR RAMIN NAMVAR'S WEDDING [DOC. 297]**<br><br>Date: October 21, 2013<br>Time: 9:30 a.m.<br>Place: Courtroom 740<br>Judge: Hon. Gary A. Feess<br><br>Trial: October 29, 2013 |

STATEMENT OF NON-OPPOSITION TO MOTION IN LIMINE NO. 5

DOCS_LA:271759.1 59701/001

**TO THE HONORABLE GARY A. FEESS, UNITED STATES DISTRICT JUDGE, AND TO ALL COUNSEL OF RECORD:**

Pursuant to Local Rule 7-9, Plaintiff Bradley D. Sharp, the chapter 11 trustee for Namco Capital Group, Inc., hereby advises that he will not oppose the *Defendants' Motion in Limine No. 5 to Exclude Evidence and References to Namco Capital Group, Inc.'s Purported Payment(s) for Ramin Namvar's Wedding* [Doc. 297].

Dated: September 30, 2013　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　By　*/s/ Gillian N. Brown*
　　　　　　　　　　　　　　　　　　Dean A. Ziehl
　　　　　　　　　　　　　　　　　　Alan J. Kornfeld
　　　　　　　　　　　　　　　　　　Gillian N. Brown
　　　　　　　　　　　　　　　　　　Elissa A. Wagner

　　　　　　　　　　　　　　　　Special Counsel for Plaintiff Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc.

# **PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

I, Mary de Leon, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

On September 30, 2013, I caused to be served the **TRUSTEE'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE AND REFERENCES TO NAMCO CAPITAL GROUP, INC.'S PURPORTED PAYMENT(S) FOR RAMIN NAMVAR'S WEDDING [DOC. 297]** in this action by placing a true and correct copy of said document(s) and sent as follows:

*See Attached Service List*

☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☑ (BY HAND DELIVERY) I caused to be served the above-described document by hand delivery to the parties as indicated on the attached service.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:269885.1 59701/001

1  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 30, 2013, at Los Angeles, California.

*/s/ Mary de Leon*
Mary de Leon

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# SERVICE LIST

**2:11-cv-05320-GAF (CWx) Notice will be sent via hand delivery to:**

Judge Gary A. Feess
U.S. District Court
255 East Temple Street, Courtroom 740
Los Angeles, CA  90012-3332

**2:11-cv-05320-GAF (CWx) Notice will be sent electronically to:**

- **Matthew Peter Chan Benham**
  benham.esq@gmail.com
- **Alan Frank Broidy**
  afbroidy@ix.netcom.com
- **Gillian N Brown**
  gbrown@pszjlaw.com
- **Brian Leslie Davidoff**
  bdavidoff@greenbergglusker.com,kwoodson@greenbergglusker.com,jreinglass@greenbergglusker.com,calendar@greenbergglusker.com
- **Alan J Kornfeld**
  akornfeld@pszyj.com
- **Richard Hyungil Lee**
  richard.lee@salisianlee.com,christina.cordero@salisianlee.com
- **Robert B Mobasseri**
  robert@lawyer.com,robertm@mobasseripc.com
- **Richard M Pachulski**
  jstang@pszjlaw.com
- **Daryl G Parker**
  dparker@pszjlaw.com
- **Genise R Reiter**
  grr@srblaw.com
- **Bernard M Resser**
  bresser@greenbergglusker.com,calendar@greenbergglusker.com
- **Neal S Salisian**
  neal.salisian@salisianlee.com,christina.cordero@salisianlee.com
- **Damon G Saltzburg**
  ds@srblaw.com,hls@srblaw.com
- **Henley L Saltzburg**
  hls@srblaw.com,ar@srblaw.com,ptd@srblaw.com,lb2@srblaw.com,grr@srblaw.com
- **Newton C Tak**
  newton.tak@salisianlee.com

DOCS_LA:269885.1 59701/001

- **Elissa A Wagner**
  ewagner@pszjlaw.com
- **Lori L Werderitch**
  lwerderitch@greenbergglusker.com,jreinglass@greenbergglusker.com
- **Dean A Ziehl**
  dziehl@pszjlaw.com,mdj@pszjlaw.com

**2:11-cv-05320-GAF (CWx) Notice will be sent via Email to:**

**Counsel for Hooshang Namvar, Homayoun Namvar, Ramin Namvar, Helen Shadi, Hilda Bayanfar, Lida Shraga, Nataly Namvar, Trifish, LLC, Tribun, LLC, Trisister, LLC, Believers, LLC, Net, LLC, Light Source, LLC, Lacy 20, LLC, Woodman Partners, LLC, Tritowne, LLC and Trigrove, LLC**
Henley L. Saltzburg, Esq.
Paul T. Dye, Esq.
Genise R. Reiter, Esq.
SALTZBURG, RAY & BERGMAN, LLP
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1166
Email:      hls@srblaw.com
       ptd@srblaw.com
       grr@srblaw.com

-and-

Richard Lee, Esq.
Newton C. Tak, Esq.
SALISIAN LEE LLP
444 South Flower Street, Suite 2320
Los Angeles, California 90071-2924
Email:      richard.lee@salisianlee.com
       newton.tak@salisianlee.com

**Counsel for Mousa Namvar, Magdiel, LLC, Namco 8, LLC,**
**Wishlab 90, LLC, Bunherst, LLC and DGADE of Delaware, LLC**
Bernard M. Resser, Esq.
Lori L. Werderitch, Esq.
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067
Email:      bresser@greenbergglusker.com
       lwerderitch@greenbergglusker.com

DOCS_LA:269885.1 59701/001

**Counsel for Bradley D. Sharp, as Chapter 11 Trustee for Namco Capital Group Inc.**
David M. Poitras, Esq.
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Email:     dpoitras@jmbm.com

**Counsel for Haron Shabatian**
Robert B. Mobasseri, Esq.
LAW OFFICES OF ROBERT B. MOBASSERI
445 South Figueroa Street, 27th Floor
Los Angeles, California 90071
Email:     robertm@mobasseripc.com

**Counsel for Daniel Namvar, Benjamin Namvar, Malka Namvar and Shira Namvar**
Alan F. Broidy, Esq.
LAW OFFICES OF ALAN F. BROIDY
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Email:     alan@broidylaw.com

-and-

John D. Younesi, Esq.
Jan A. Yoss, Esq.
YOUNESI & YOSS LLP
11355 W. Olympic Blvd., Suite 200
Los Angeles, California 90064
Email:     jdyounesi@younesi.com
           jyoss@younesi.com

DOCS_LA:269885.1 59701/001