PAUL T. DYE (State Bar No. 81753)
E-Mail: ptd@srblaw.com
GENISE R. REITER (State Bar No. 80578)
E-Mail: grr@srblaw.com
SALTZBURG, RAY & BERGMAN, LLP
12121 Wilshire Boulevard
Suite 600
Los Angeles, California 90025-1166
(310) 481-6700 – Fax: (310) 481-6720

**Attorneys for Defendants**
Lacy 20, LLC, Hooshang Namvar, Homayoun Namvar, Ramin Namvar, Trifish, LLC, Tribun, LLC, Believers, LLC, Net, LLC, Light Source Management, LLC, and Woodman Partners, LLC

BERNARD M. RESSER (State Bar No. 92873)
E-Mail: bdavidoff@greenbergglusker.com
LORI L. WERDERITCH (State Bar No. 247345)
E-Mail: lwerderitch@greenbergglusker.com
GREEN GLUSKER FIELDS CLAMAN & MACTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
(310) 553-3610 – Fax: (310) 553-0687

**Attorneys for Defendants** Mousa Namvar, Magdiel, LLC DGADE of Delaware, LLC, Namco 8, LLC, Bunherst, LLC and Wishlab 90, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| In re: NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor.<br><br>BRADLEY D. SHARP, solely in his capacity as Chapter 11 Trustee of NAMCO CAPITAL GROUP, INC., | Case No.: 2:11-cv-05320-GAF (CWx)<br>Chapter 11<br>Bankr. Case No.: 2:08-bk-32333-BR<br>Adv. Proc. No.: 2:10-ap-02945-BR<br><br>**EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES** |

1    EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES

161536.1 8257.005

| | |
|---|---|
| Plaintiff, | *[Filed with Defendants' Opposition; Declaration of Paul T. Dye; and Requests for Judicial Notice]* |
| vs. | |
| MOUSA NAMVAR *et al.*, | Hearing Date: October 21, 2013 |
| | Hearing Time: 9:30 a.m. |
| Defendants. | Hearing Place: Courtroom 740 |
| | Complaint Filed: October 26, 2010 |
| | Pretrial Conf.: September 23, 2013 |
| | Trial Date: October 29, 2013 |

## EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSITION

Defendants Lacy 20, LLC, Hooshang "Sean" Namvar, Homayoun "Tony" Namvar, Ramin Namvar, Trifish, LLC, Tribun, LLC, Believers, LLC, Net, LLC, Light Source Management, LLC and Woodman Partners, LLC joined by defendants Mousa Namvar, Magdiel, LLC, DGADE of Delaware, LLC, Namco 8, LLC, Bunherst, LLC and Wishlab 90, LLC, by and through their attorneys, hereby jointly and respectfully submit the following, attached exhibits in support of their Opposition to plaintiff Bradley D. Sharp's Motion in Limine to Exclude Evidence Relating to Professional Fees:

Exhibit 1: R. Todd Neilson's biographic profile from Berkeley Research Group, LLC's ("BRG") website. (*See* Requests for Judicial Notice ("RJN") ¶¶1-2.)

Exhibit 2: Neilson's curriculum vitae from BRG's website. (*See* RJN ¶¶1-2.)

Exhibit 3: Plaintiff's expert David H. Judd's biographic profile from BRG's website. (*See* RJN ¶¶3-4.)

Exhibit 4: Plaintiff's Expert Witness Designation. (*See* Declaration of Paul T. Dye ("Dye Decl.") ¶¶2-3.)

Exhibit 5: LECG, LLC's Final Fee Application (relevant portions). (*See* RJN ¶¶5-9.)

Exhibit 6: BRG's Third Fee Application (relevant portions). (*See* RJN ¶¶10-13.)

Exhibit 7: Plaintiff's biographic profile from Development Specialists, Inc. ("DSI") website. (*See* RJN ¶14.)

Exhibit 8: DSI's Third Fee Application (relevant portions). (*See* RJN ¶¶15-17.)

Exhibit 9: Judd's Expert Report. (*See* Dye Decl. ¶3.)

Exhibit 10: Plaintiff's August 5, 2013 Deposition Transcript (relevant portions). (*See* Dye Decl. ¶4.)

Exhibit 11: Neilson's July 10, 2013 Deposition Transcript (relevant portions). (*See* Dye Decl. ¶5.)

Exhibit 12: Plaintiff's Notice of Hearing on Applications of Chapter 11 Trustees and Professionals for Approval and Payment of Interim Compensation and Reimbursement of Expenses. (*See* RJN ¶18.)

///
///
///

161536.1 8257.005

12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1166

Exhibit 13: Plaintiff's July 24, 2013 Deposition Transcript (relevant portions).
(*See* Dye Decl. ¶6.)

DATED: September 30, 2013

**SALTZBURG, RAY & BERGMAN, LLP**

By: /s/ *Paul T. Dye*
    Paul T. Dye

Attorneys for Defendants
Lacy 20, LLC, Hooshang Namvar,
Homayoun Namvar, Ramin Namvar,
Trifish, LLC, Tribun, LLC, Believers, LLC,
Net, LLC, Light Source Management, LLC,
and Woodman Partners, LLC

DATED: September 30, 2013

**GREEN GLUSKER FIELDS CLAMAN & MACTINGER LLP**

By: /s/ *Bernard M. Resser*
    Bernard M. Resser

Attorneys for Defendants
Mousa Namvar, Magdiel, LLC
DGADE of Delaware, LLC, Namco 8, LLC,
Bunherst, LLC and Wishlab 90, LLC

4    EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES

161536.1 8257.005

<u>PROOF OF SERVICE</u>
Case No. 2:11-cv-05320-GAF (CWx)

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12121 Wilshire Boulevard, Suite 600, Los Angeles, California 90025.

On September 30, 2013, I caused the foregoing document(s) described as **EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES** to be served on the interested parties in this action as follows:

*PLEASE SEE THE ATTACHED SERVICE LIST*

<u>X</u>  **<u>VIA COURT'S NOTICE OF ELECTRONIC FILING</u>**
Pursuant to L.R. 5-3 and 5-4, following ordinary business practices, I electronically filed the foregoing document(s) with the Clerk of the Court by using the Court's automated CM/ECF system. I checked the CM/ECF docket for this case and determined that the person(s) indicated above are registered as CM/ECF Users who have consented to electronic service through the Notice of Electronic Filing transmission sent to the e-mail address(es) listed above.

<u>X</u>  **<u>VIA PERSONAL DELIVERY</u>**
In accordance with L.R. 5-4.5, the "mandatory chambers copy" of the foregoing document(s) will be delivered to:

The Honorable Gary A. Fees
U.S. District Court, Central District of California – Western Division
Edward R. Roybal Federal Building and United States Courthouse
255 E. Temple Street, Room 730
Los Angeles, CA 90012-3332
(Placed in the courtesy copy box outside the entry door to chambers)

<u>X</u>  **<u>FEDERAL</u>**
I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on September 30, 2013, at Los Angeles, California.

  */s/ Aaron Rosenberg*
Aaron Rosenberg

161536.1 8257.005

# SERVICE LIST
Case No. 2:11-cv-05320-GAF (CWx)

Matthew Peter Chan Benham
benham.esq@gmail.com

Alan Frank Broidy
afbroidy@ix.netcom.com

Gillian N Brown
gbrown@pszjlaw.com

Brian Leslie Davidoff
bdavidoff@greenbergglusker.com,kwoodson@greenbergglusker.com,jreinglass@greenbergg, lusker.com,calendar@greenbergglusker.com

Alan J Kornfeld
akornfeld@pszyj.com

Richard Hyungil Lee
richard.lee@salisianlee.com,christina.cordero@salisianlee.com

Robert B Mobasseri
robert@lawyer.com,robertm@mobasseripc.com

Richard M Pachulski
jstang@pszjlaw.com

Daryl G Parker
dparker@pszjlaw.com

Bernard M Resser
bresser@greenbergglusker.com,calendar@greenbergglusker.com

Neal S Salisian
neal.salisian@salisianlee.com,christina.cordero@salisianlee.com

Newton C Tak
newton.tak@salisianlee.com

Elissa A Wagner
ewagner@pszjlaw.com

Lori L Werderitch
lwerderitch@greenbergglusker.com,jreinglass@greenbergglusker.com

Dean A Ziehl
dziehl@pszjlaw.com,mdj@pszjlaw.com

161536.1 8257.005