PAUL T. DYE (State Bar No. 81753)
E-Mail: ptd@srblaw.com
GENISE R. REITER (State Bar No. 80578)
E-Mail: grr@srblaw.com
SALTZBURG, RAY & BERGMAN, LLP
12121 Wilshire Boulevard
Suite 600
Los Angeles, California 90025-1166
(310) 481-6700 – Fax: (310) 481-6720

Attorneys for Defendants
Lacy 20, LLC, Hooshang Namvar, Homayoun Namvar, Ramin Namvar, Trifish, LLC, Tribun, LLC, Believers, LLC, Net, LLC, Light Source Management, LLC, and Woodman Partners, LLC

BERNARD M. RESSER (State Bar No. 92873)
E-Mail: bdavidoff@greenbergglusker.com
LORI L. WERDERITCH (State Bar No. 247345)
E-Mail: lwerderitch@greenbergglusker.com
GREEN GLUSKER FIELDS CLAMAN & MACTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
(310) 553-3610 – Fax: (310) 553-0687

Attorneys for Defendants Mousa Namvar, Magdiel, LLC DGADE of Delaware, LLC, Namco 8, LLC, Bunherst, LLC and Wishlab 90, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| In re: NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor. | Case No.: 2:11-cv-05320-GAF (CWx)<br>Chapter 11<br>Bankr. Case No.: 2:08-bk-32333-BR<br>Adv. Proc. No.: 2:10-ap-02945-BR |
| BRADLEY D. SHARP, solely in his capacity as Chapter 11 Trustee of NAMCO CAPITAL GROUP, INC.,<br><br>Plaintiff, | **DEFENDANTS' REQUESTS FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE** |

1     DEFENDANTS' RJN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES

161534.1 8257.005

| | | |
|---|---|---|
| 1 | vs. | **EVIDENCE RELATING TO PROFESSIONAL FEES** |
| 2 | MOUSA NAMVAR *et al.*, | *[Filed with Defendants' Opposition; Declaration of Paul Dye; and Exhibits]* |
| 3 | | |
| 4 | Defendants. | Hearing Date: October 21, 2013<br>Hearing Time: 9:30 a.m. |
| 5 | | Hearing Place: Courtroom 740 |
| 6 | | Complaint Filed: October 26, 2010 |
| 7 | | Pretrial Conf.: September 23, 2013<br>Trial Date: October 29, 2013 |

## REQUESTS FOR JUDICIAL NOTICE

Defendants Lacy 20, LLC, Hooshang "Sean" Namvar, Homayoun "Tony" Namvar, Ramin Namvar, Trifish, LLC, Tribun, LLC, Believers, LLC, Net, LLC, Light Source Management, LLC and Woodman Partners, LLC (collectively, the "STR Defendants") joined by defendants Mousa Namvar, Magdiel, LLC, DGADE of Delaware, LLC, Namco 8, LLC, Bunherst, LLC and Wishlab 90, LLC (collectively, the "Mousa Defendants"), by and through their attorneys, hereby jointly and respectfully request that, pursuant to Federal Rule of Evidence 201, the Court take judicial notice of the following facts:

1. R. Todd Neilson, the trustee of the Chapter 11 bankruptcy estate of Ezri Namvar in the U.S. Bankruptcy Court, Central District of California Case No. 2:08-bk-32349-BR, represents himself to be a Director with Berkeley Research Group, LLC ("BRG"), as evidenced by his biographic profile and curriculum vitae that can be found on Berkeley Research Group's own, publicly accessible website at www.brg-expert.com, true and correct copies of which are attached to the Exhibits in Support of Opposition to Plaintiff's Motion in Limine to Exclude Evidence Relating to Professional Fees, filed concurrently with these requests, as Exhibits 1 and 2, respectively.

2

DEFENDANTS' RJN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES

161534.1 8257.005

2. Neilson represents himself to have been a Director with LECG, LLC, as evidenced by his biographic profile and curriculum vitae that can be found on BRG's own, publicly accessible website at www.brg-expert.com, true and correct copies of which are attached to the Exhibits as <u>Exhibits 1 and 2</u>, respectively.

3. David H. Judd, Plaintiff Bradley D. Sharp's designated expert in this case, represents himself to be a Director with BRG, as evidenced by his biographic profile that can be found on BRG's own, publicly accessible website at www.brg-expert.com, a true and correct copy of which is attached to the Exhibits as <u>Exhibits 3</u>.

4. Judd represents himself to have been a Director and Partner with LECG, as evidenced by his biographic profile that can be found on BRG's own, publicly accessible website at www.brg-expert.com, a true and correct copy of which are attached to the Exhibits as <u>Exhibits 3</u>.

5. On September 12, 2011, LECG filed its fourth and final fee application in both Namco Capital Group, Inc. and Ezri's bankruptcy cases, seeking $762,007.50 in fees plus $27,160.43 in costs for the period from October 1, 2010 through February 28, 2011, true and correct copies of the relevant portions of which are attached to the Exhibits as <u>Exhibit 5</u>.

6. LECG was previously awarded $873,813.00 in fees plus $6,250.66 in costs for the period from March 9, 2009 through August 31, 2009, as reflected in LECG's final fee application, true and correct copies of the relevant portions of which are attached to the Exhibits as <u>Exhibit 5</u>.

7. LECG was previously awarded $982,094.75 in fees plus $3,712.59 in costs for the period from September 1, 2009 through January 31, 2010, as reflected in LECG's final fee application, true and correct copies of the relevant portions of which are attached to the Exhibits as <u>Exhibit 5</u>.

3  DEFENDANTS' RJN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES

161534.1 8257.005

8. LECG was previously awarded $1,811,303.00 in fees plus $42,508.12 in costs for the period from February 1, 2010 through September 30, 2010, as reflected in LECG's final fee application, true and correct copies of the relevant portions of which are attached to the Exhibits as Exhibit 5.

9. In his declaration that was attached to LECG's final fee application, Plaintiff represented that he reviewed the application, and that he discussed it with LECG, as reflected in Plaintiff's declaration attached to LECG's final fee application, true and correct copies of the relevant portions of which are attached to the Exhibits as Exhibit 5.

10. In September 2013, BRG, LECG's successor in both Namco and Ezri's bankruptcy cases, filed its third fee application in Namco's bankruptcy case, seeking $1.8 million, of which about $1 million is directly related to this lawsuit, and $200,000 is related to Judd's solvency analysis/expert report, true and correct copies of the relevant portions of which are attached to the Exhibits as Exhibit 6.

11. BRG was previously awarded $1,226,291.50 in fees plus $1,965.99 in costs for the period from March 1, 2011 through August 31, 2011, as reflected in BRG's third fee application, true and correct copies of the relevant portions of which are attached to the Exhibits as Exhibit 6.

12. BRG was previously awarded $1,708,012.25 in fees plus $7,249.83 in costs for the period from September 1, 2011 through August 31, 2012, as reflected in BRG's third fee application, true and correct copies of the relevant portions of which are attached to the Exhibits as Exhibit 6.

13. In his declaration that was attached to BRG's third fee application, Plaintiff represented that he reviewed the application, and that he discussed it with BRG, as reflected in Plaintiff's declaration attached to BRG's third fee application, true and correct copies of the relevant portions of which are attached to the Exhibits as Exhibit 6.

4 DEFENDANTS' RJN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES

161534.1 8257.005

14. Plaintiff Bradley D. Sharp represents himself to be a Senior Vice President with Development Specialists, Inc. ("DSI"), as evidenced by his biographic profile that can be found on DSI's own, publicly accessible website at www.dsi.biz, a true and correct copy of which is attached to the Exhibits as <u>Exhibit 7</u>.

15. On September 24, 2012, DSI filed its third fee application in Namco's bankruptcy case, seeking $622,661.50 in fees plus $220.64 in costs for the August 1, 2011 through August 31, 2012 period, true and correct copies of the relevant portions of which are attached to the Exhibits as <u>Exhibit 8</u>.

16. DSI was previously awarded $1,558,710.45 for the periods covered by its first and second fee applications, as reflected in DSI's third fee application, true and correct copies of the relevant portions of which are attached to the Exhibits as <u>Exhibit 8</u>.

17. In his declaration that was attached to DSI's third fee application, Plaintiff represented that he reviewed the application, and that he discussed it with DSI, as reflected in Plaintiff's declaration attached to DSI's third fee application, true and correct copies of the relevant portions of which are attached to the Exhibits as <u>Exhibit 8</u>.

18. On September 21, 2012, Plaintiff filed his Notice of Hearing on Applications of Chapter 11 Trustees and Professionals for Approval and Payment of Interim Compensation and Reimbursement of Expenses in Namco's bankruptcy case, which, *inter alia*, (1) requested approval of $707,390.05 compensation for Plaintiff, for the period from August 1, 2011 through August 31, 2012, (2) $2,544,489.09 compensation for Plaintiff's counsel, Pachulski Stang Ziehl & Jones LLP, for the period from August 1, 2011 through July 31, 2012, (3) $709,546.31 compensation for Neilson, for the period from August 1, 2011 through August 31, 2012, and (4) noted that as of September 21, 2012, Plaintiff, Neilson, and their

5 — DEFENDANTS' RJN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES

161534.1 8257.005

colleagues have accrued $14.4 million in fees and costs, a true and correct copy of which is attached to the Exhibits as Exhibit 12.

DATED: September 30, 2013   **SALTZBURG, RAY & BERGMAN, LLP**

By: /s/ *Paul T. Dye*
    Paul T. Dye

Attorneys for Defendants
Lacy 20, LLC, Hooshang Namvar,
Homayoun Namvar, Ramin Namvar,
Trifish, LLC, Tribun, LLC, Believers, LLC,
Net, LLC, Light Source Management, LLC,
and Woodman Partners, LLC

DATED: September 30, 2013   **GREEN GLUSKER FIELDS CLAMAN & MACTINGER LLP**

By: /s/ *Bernard M. Resser*
    Bernard M. Resser

Attorneys for Defendants
Mousa Namvar, Magdiel, LLC
DGADE of Delaware, LLC, Namco 8, LLC,
Bunherst, LLC and Wishlab 90, LLC

6   DEFENDANTS' RJN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES

161534.1 8257.005

<u>PROOF OF SERVICE</u>
Case No. 2:11-cv-05320-GAF (CWx)

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12121 Wilshire Boulevard, Suite 600, Los Angeles, California 90025.

On September 30, 2013, I caused the foregoing document(s) described as **DEFENDANTS' REQUESTS FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PROFESSIONAL FEES** to be served on the interested parties in this action as follows:

*PLEASE SEE THE ATTACHED SERVICE LIST*

__X__ **VIA COURT'S NOTICE OF ELECTRONIC FILING**

Pursuant to L.R. 5-3 and 5-4, following ordinary business practices, I electronically filed the foregoing document(s) with the Clerk of the Court by using the Court's automated CM/ECF system. I checked the CM/ECF docket for this case and determined that the person(s) indicated above are registered as CM/ECF Users who have consented to electronic service through the Notice of Electronic Filing transmission sent to the e-mail address(es) listed above.

__X__ **VIA PERSONAL DELIVERY**

In accordance with L.R. 5-4.5, the "mandatory chambers copy" of the foregoing document(s) will be delivered to:

The Honorable Gary A. Fees
U.S. District Court, Central District of California – Western Division
Edward R. Roybal Federal Building and United States Courthouse
255 E. Temple Street, Room 730
Los Angeles, CA 90012-3332
(Placed in the courtesy copy box outside the entry door to chambers)

__X__ **FEDERAL**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on September 30, 2013, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　/s/ *Aaron Rosenberg*
　　　　　　　　　　　　　　　　　　　　　Aaron Rosenberg

161534.1  8257.005

<u>SERVICE LIST</u>
Case No. 2:11-cv-05320-GAF (CWx)

Matthew Peter Chan Benham
benham.esq@gmail.com

Alan Frank Broidy
afbroidy@ix.netcom.com

Gillian N Brown
gbrown@pszjlaw.com

Brian Leslie Davidoff
bdavidoff@greenbergglusker.com,kwoodson@greenbergglusker.com,jreinglass@greenbergg, lusker.com,calendar@greenbergglusker.com

Alan J Kornfeld
akornfeld@pszyj.com

Richard Hyungil Lee
richard.lee@salisianlee.com,christina.cordero@salisianlee.com

Robert B Mobasseri
robert@lawyer.com,robertm@mobasseripc.com

Richard M Pachulski
jstang@pszjlaw.com

Daryl G Parker
dparker@pszjlaw.com

Bernard M Resser
bresser@greenbergglusker.com,calendar@greenbergglusker.com

Neal S Salisian
neal.salisian@salisianlee.com,christina.cordero@salisianlee.com

Newton C Tak
newton.tak@salisianlee.com

Elissa A Wagner
ewagner@pszjlaw.com

Lori L Werderitch
lwerderitch@greenbergglusker.com,jreinglass@greenbergglusker.com

Dean A Ziehl
dziehl@pszjlaw.com,mdj@pszjlaw.com

161534.1 8257.005