JS-6
FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>　　　　　　　Debtor. | Case No. 2:11-cv-05320-GAF(CWx)<br><br>Chapter 11<br><br>Bankr. Case No. 2:08-bk-32333-BR<br><br>Bankr. Adv. No. 2:10-ap-02945-BR |
| BRADLEY D. SHARP, solely in his capacity as Liquidating Trustee of The Namco Liquidating Trust,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MOUSA NAMVAR, *et al.*,<br><br>　　　　　　　Defendants. | [PROPOSED] JUDGMENT AGAINST DANIEL NAMVAR, BENJAMIN NAMVAR, MALKA NAMVAR AND SHIRAH NAMVAR |

In accordance with this Court's *Findings of Fact and Conclusions of Law in Support of Judgment in Favor of Plaintiff Bradley D. Sharp, Liquidating Trustee of The Namco Liquidating Trust*, entered in this action on __11/3__, 2014,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered against Defendant Daniel Namvar and in favor of Plaintiff Bradley D. Sharp, in his capacity as Liquidating Trustee of The Namco Liquidating Trust, in the amount of $1,205,000.00 in principal plus $654,805.00 +$663.30 in prejudgment interest, for a total amount of $1,860,478.30 ~~$1,859,805.00~~ (the "Daniel Amount").

2. Post-judgment interest on the Daniel Amount shall accrue and be payable by Defendant Daniel Namvar to Plaintiff Bradley D. Sharp, in his capacity as Liquidating Trustee of The Namco Liquidating Trust, at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a) from the date of entry of this Judgment to the date the Daniel Amount is paid in full.

3. Judgment is hereby entered against Defendant Benjamin Namvar and in favor of Plaintiff Bradley D. Sharp, in his capacity as Liquidating Trustee of The Namco Liquidating Trust, in the amount of $1,660,000.00 in principal plus $902,212.00 +$955.08 in prejudgment interest, for a total amount of $2,563,167.08 ~~$2,562,212.00~~ (the "Benjamin Amount").

4. Post-judgment interest on the Benjamin Amount shall accrue and be payable by Defendant Benjamin Namvar to Plaintiff Bradley D. Sharp, in his capacity as Liquidating Trustee of The Namco Liquidating Trust, at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a) from the date of entry of this Judgment to the date the Benjamin Amount is paid in full.

5. Judgment is hereby entered against Defendant Malka Namvar and in favor of Plaintiff Bradley D. Sharp, in his capacity as Liquidating Trustee of The Namco Liquidating Trust, in the amount of $1,210,000.00 in

principal plus $657,442.00 +$696.15 in prejudgment interest, for a total amount of $1,867,442.00 $1,868,138.15 (the "Malka Amount").

6. Post-judgment interest on the Malka Amount shall accrue and be payable by Defendant Malka Namvar to Plaintiff Bradley D. Sharp, in his capacity as Liquidating Trustee of The Namco Liquidating Trust, at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a) from the date of entry of this Judgment to the date the Malka Amount is paid in full.

7. Judgment is hereby entered against Defendant Shirah Namvar and in favor of Plaintiff Bradley D. Sharp, in his capacity as Liquidating Trustee of The Namco Liquidating Trust, in the amount of $1,212,000.00 in principal plus $658,367.00 +$697.32 in prejudgment interest for a total amount of $1,870,367.00 $1,871,064.32 (the "Shirah Amount").

8. Post-judgment interest on the Shirah Amount shall accrue and be payable by Defendant Shirah Namvar to Plaintiff Bradley D. Sharp, in his capacity as Liquidating Trustee of The Namco Liquidating Trust, at the prevailing federal rate pursuant to 28 U.S.C. § 1961(a) from the date of entry of this Judgment to the date the Shirah Amount is paid in full.

Dated: 11/3 , 2014

CC: BANKRUPTCY COURT

The Hon. Gary A. Feess
United States District Court Judge