JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/22/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:11-cv-05320-GAF (CWx) |
| NAMCO CAPITAL GROUP, INC., | Chapter 11 |
| Debtor. | Bankr. Case No. 2:08-bk-32333-BR |
| | Bankr. Adv. No. 2:10-ap-02945-BR |
| BRADLEY D. SHARP, solely in his capacity as Liquidating Trustee of The Namco Liquidating Trust, | **JUDGMENT AGAINST HOMAYOUN (TONY) NAMVAR AND RAMIN NAMVAR** |
| Plaintiff, | |
| vs. | |
| MOUSA NAMVAR, et al., | |
| Defendants. | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  In accordance with the Court's *Order Approving Stipulation for Judgment Against Homayoun (Tony) Namvar and Ramin Namvar* (the "Order") and good cause appearing therefor,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Judgment is entered in favor of The Namco Liquidating Trust (the "Trust") against Homayoun (Tony) Namvar in the amount of $971,684.12 (the "Homayoun (Tony) Namvar Principal Sum") and in favor of the Trust against Ramin Namvar in the amount of $390,844.26 (the "Ramin Namvar Principal Sum").

2. Post-judgment interest shall accrue on the Homayoun (Tony) Namvar Principal Sum and the Ramin Namvar Principal Sum and be payable to the Trust at the lawful rate under California law as of the date of entry of this Judgment.

3. This Court retains jurisdiction to hear and determine all matters arising from or related to this Judgment and the Order.

DATED: July 22, 2016



BEVERLY REID O'CONNELL
United States District Judge

-1-

DOCS_LA:299024.1 59701/002